# EXHIBIT 6



Wednesday, December 04, 2019

Select Language ▼

Mobile Site | About | Newsletter | E-Paper

HOME | NEWS | BUSINESS | SPORT | LIFESTYLE | ALL WOMAN | REGIONAL | ENTERTAINMENT | HEALTH | CLASSIFIEDS

Editorial | Columns | Career | Food | teenAGE | Letters | Auto | Clovis Toons | Page2 | E-Paper | Supplements | Football

**LATEST NEWS:**   Sagicor Life awards health care providers for excellence in service delivery 2:19 pm

# Rape Culture

### Attorney general laments sex abuse problem, says women make poor jurors in cases

BY ANTHONY LEWIS
Observer writer
editorial@jamaicaobserver.com

Thursday, August 29, 2019      16 Comments

Like 28    Share    Tweet



MALAHOO FORTE... women judge other women so harshly when it comes to sexual matters (Photo: Anthony Lewis)

**MONTEGO BAY, St James** — Pointing to statistics showing <mark>that four out of every five young girls lost their virginity to rape or molestation,</mark> Attorney General Marlene Malahoo Forte yesterday lamented that <mark>Jamaica has a serious problem with sexual abuse.</mark>

Malahoo Forte did not state the source of the data. At the same time, the former sexual offences prosecutor and judge said that women do not make suitable jurors in rape cases.

"One of the things I learned as a prosecutor, in empanelling a jury, don't choose women on a rape case, because women judge other women so harshly when it

Edna Manley College to axe alleged sex offender
GUILTY
'You're killing athletics'
Jai'Lani Thomas wins Observer Cutest Baby Photo Competition
Here's to you!
JSE goes live on Nasdaq platform
Emerging Players pound Hurricanes to clinch Super50 Cup
'Mighty conquerors'
IRAWMA goes prime time
Reports of same-sex harassment not uncommon
Sexual harassment caution
'Three generations dead'
BUYERS BEWARE
FOUL! - Referee no-show forces cancellation of Tivoli vs Waterhouse
Spice adds voice to debate
$1 billion up in smoke
J'CANS OUT FOR NOW
Arlene Smith's people skills
Vows - #SongsOfSalmon2019
When dancehall became responsible

### Poll

Would you avoid getting involved with someone because they were a particular astrological sign?

○ Yes
○ No

Cast Your Vote

**You May Also Like**   Sponsored Links

**Loni Anderson Turns 72 & Is Unrecognizable Today**
Greeningz

**4 Symptoms of Blood Pressure Meds**
Blood Pressure Fix

**Michigan: Low Mileage Drivers Are in For a Big Surprise**
Auto Rates USA

**Top Doctor Warns Against Abdominal "Deep" Fat (And How To Get Rid Of It)**
LCR Health

**PHOTO: Health Watch**

Read Next Story ›

12/4/2019 Case 1:17-cv-21703-MGC Document 162-6 Entered on FLSD Docket 12/21/2019 Page 3 of 3
Rape Culture

comes to sexual matters," Malahoo Forte said in an address at the official launch of the Miss Montego Bay Pageant 2019 held at the Blue Beat in St James.

According to the attorney general, while people tend, at first, to believe a woman who has reported being raped, doubt creeps in once attempts are made to take the matter to court.

"When we hear about the story outside of the courtroom, we believe it. But the minute we engage the formal process for the criminal to be brought to book, we start doubting the woman. And we start wondering if she had brought it on herself," Malahoo Forte said.

Following the function, the attorney general told the **Jamaica Observer** that the Government regards the issue of sexual violence seriously and is committed to doing all it can to ensure that the right laws and penalties are in place. She said efforts are also being made to strengthen the investigative aspect of cases in order to bring perpetrators to justice.

"We have also gone beyond the tabling of the Sexual Harassment Bill because even before you get to the physical attack, there is often the verbal, the psychological, the emotional attack. And we have put before the Parliament a new groundbreaking piece of legislation that is to be reviewed by a joint select committee as part of the parliamentary process," Malahoo Forte said.

**Sponsored Links**

**Amazon Prime Increased Its Prices. Now What?**
Wikibuy

**You've Never Seen Luxury Like This On A Cruise Ship. Research Luxury Mediterranean Cruises**
Luxury Cruises | Search Ads

"We are strengthening the victim support unit through the justice system. The Ministry of Justice has been rolling out programmes and strengthening existing ones. So, sexual violence and sexual abuse is something that the Administration that I am a part of views very strongly," added Malahoo Forte.

---

**Now you can read the Jamaica Observer ePaper anytime, anywhere. The Jamaica Observer ePaper is available to you at home or at work, and is the same edition as the printed copy available at** http://bit.ly/epaperlive

ADVERTISEMENT


Seniors Only Get If They Ask
Refinance24x7
by Taboola

ADVERTISEMENT

**Today's Cartoon**

[Cartoon image]

View Previous Cartoons »

ADVERTISEMENT

**You May Like / From The Web**

**Top Surgeon: This One Thing Will Properly Flush Out Your Bowels**
(Gundry MD Supplements)

**Are you on Medicare? If you live in Michigan, Read This**
(Quick Medigap)

**Meet The Wealthiest Religious Leaders In The World**
(Finance101)

**The Tiny German Hearing Aids That are Making History**
(hearing-aid-advice.com)


**This Is The First Meme Ever, According To The Internet**


**Surprising Photos Of The Rock And His Lavish Lifestyle**


**PHOTO: Health Watch**

Read Next Story

www.jamaicaobserver.com/front-page/rape-culture-attorney-general-laments-sex-abuse-problem-says-women-make-poor-jurors-in-cases_173526?pro… 2/8