# EXHIBIT 7

{00682541.DOCX}

# Jamaica the 3rd most dangerous place for female tourists - Forbes

LOOP NEWS | CREATED : 3 AUGUST 2017 | JAMAICA NEWS



Jamaica Tourist Board promotional photo.


Two sh[...]
James[...]


Anothe[...]
charge[...]
Collym[...]


VIDEO[...]
team s[...]
renditi[...]


Video [...]
securit[...]
on gu[...]
inside [...]


Troubl[...]
gun-to[...]
custo[...]

*Forbes* magazine has ranked Jamaica as the third most dangerous place for female tourists globally.

An article that was published on July 28, said the ranking was based on a survey that was conducted by trip.com among its female users.

The magazine cited that some trip.com users indicated that they did not view Jamaica as a 'no go' destination, but definitely a 'take caution' one.

In its advisory, *Forbes* cited why Jamaica is perceived as a dangerous place for female visitors.

It said popular resorts are fairly safe zones, but travelling beyond those borders means dealing with unwanted attention.

The magazine said the US State Department has warned that violent crime is a serious problem throughout Jamaica, particularly in Kingston and Montego Bay.

## Recent News


Peter [...]
takes [...]


Here's[...]
about [...]
police [...]


UPDAT[...]
took tw[...]
damag[...]
broker[...]

001

The magazine said even if staying at a seemingly safe resort, visitors should beware.

It was noted that the US State Department had noted that the US Embassy received more than a dozen reports of sexual assault against American visitors to Jamaica over a one-year period. Most of the reported 'offences' were said to have taken place at all-inclusive resorts, and were reportedly perpetrated mainly by staff members.

There was also an indication that the Jamaican culture can be homophobic, so female visitors in the company of their girlfriends, should be very discreet.

In response to the Forbes' ranking, Jamaica's Tourism Minister, Edmund Bartlett, has countered that with a 42 per cent repeat business among visitors in general to the island, and the majority being females, the numbers are not in support of the ranking that has been given to Jamaica.

He said Jamaica has the highest repeat business level within the region, which defies the ranking, plus female tourists travel all across the country and are in no way restricted to all-inclusive resorts.

Meanwhile, Police Commissioner, George Quallo, in response to the development, has reportedly indicated that police data do not support the claim of sexual assaults by staff in all-inclusive resorts, as there has been no report of such offences.

He reportedly suggested that in contrast, where there is sexual liaison between female visitors and hotel staff, the tendency has been the visitors as the aggressors.

US STATE DEPARTMENT    TOURISM

Related articles


