# EXHIBIT 10

{00682541.DOCX}

## Reviewer Info 🔍

- **Username:** Danielle F *
- **E-mail:** ████████████
- **Member ID:** 246344778
- **Password:** PasswordHidden
- **Location:** (None specified)
- **Member Type:** [UNVERIFIED]



## Review Info 🔍

- **Mobile:** Yes
- **Submission Date:** Apr 17, 2017 7:28 AM
- **Experience took place on:** Mar 2017
- **Rating:** 1 - ●○○○○ show categories
- **Submission Domain:** tripadvisor.com

████████████████

- **Original Attachment:** Beaches Negril Resort & Spa
- **Location:** Negril, Westmoreland Parish, Jamaica, Caribbean, North America
- **Current Attachment:**  Beaches Negril Resort & Spa (214530) (Negril, Westmoreland Parish) (all) {Location Tool}

  [ Change Attachment ]
- **previously reviewed:** No

Title

PLEASE BEWARE

Language

English - US ▾

Review

| View | Edit | Pattern Panel |

PLEASE BEWARE

I was sexually assaulted by a Beaches employee in the presence of my children nearby during a snorkeling trip as I made my ascend onto the boat.

March 4th was my first interaction with Dwight the lifegaurd. He was one of two gentleman employed by BEACHES, who drove us out on a snorkeling trip with my husband and 3 children, as well as several other people. Our excursion that day was good, except for the wind picked up and the water became rough which led to us cutting things short and my husband and 2 sons didn't enjoy the trip as much due to the rough current. Dwight and the captain took great care of us that day. There was another couple with a son on board who had found a beautiful shell. I really wanted more time to go again because I absolutely love the water and was hoping to find some shells for the kids to take back with them to show at school. After our trip that day, our whole family saw Dwight numerous other times around the resort in the beach and waterpark area and would give him a fist bump and make small talk at times, we said we would be going out again, he even gave us advice on when to go, so it wouldn't be so rough. We all really liked him.

On March 6th, we went snorkeling at 11. This was our 2nd time out and on this day my husband didn't go because of the winds. So, it was myself, my daughter and 2 sons, as well as another young girl whom we had met and was by herself so we asked her to join us.

It was windy that day and I lagged behind as it was a large group and I was keeping an eye on 4 kids. I was the last to get into the boat that day. Then I was attempting to get up with a few shells in my right hand and a delicate sea urchin in my left, Dwight, the lifeguard and guide in the water proceeded to put his fingers into my bathing suit and rub my vagina and tried to get his fingers inside me all the while I was trying to get on the boat.

← See all 80 hotels in Jamaica

We wish to assure you that we are committed to providing our guests with the highest possible standards of service and quality, and we hope to have an opportunity to regain our high standing with you in the future.

**Beaches Negril Resort & Spa**     About     Location     **Reviews**

Report response as inappropriate

*This response is the subjective opinion of the management representative and not of TripAdvisor LLC.*

 **smeen34** wrote a review Mar 2018
📍 Lindsay, Canada • 1 contribution • 1 helpful vote                                  • • •

●●●●●

### Beaches Negril Resort...Treats you Like Family!!!!Superb Trip

"Everything about our trip was wonderful..most of the staff was superb!!Andrea and Dillon at the Mill were amazing,felt like family!! Prince in entertainment...so great to our kids !!!All the restaurant staff was great!!!Turay at kimonos made the night.Sadly my only complaint was a bartender at the smaller pool (sillon)that made several very rude sexual suggestions to my daughters19and21on numerous occasions,i was not impressed when I heard the rude comments.Please do not let one bad apple ruin it for the bunch.It is an amazing vacation from the front desk ,lifeguards,restaurant staff(bartenders,wait staff etc )you feel like family ...part of their family.On one note I do wish I remembered the lovely lady which sadly I cannot think of her name when we had dinner at Soy with our children my 7 year old little guy was not pleased with anything by his request for a hotdog she went and got one with a plate of fries for him ...he was delighted.it was this above and beyond attitude that is shown throughout the resort.We would love to visit our Jamaican family again.Thank you ..we miss you already"

Read less ▲

**Date of stay:** March 2018

**Trip type:** Traveled with family

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

👍 Helpful    ↗ Share

 **Lachance18** wrote a review Mar 2014
📍 Rochester, New York • 328 contributions • 46 helpful votes                      • • •

+1

●●●●●

### The Great, The So-So and the Disappointing

"Beaches Negril Review (revised)

Warning: this review is for those who like LOTS of info and LOTS of details. When researching vacations I like reading detailed reviews therefore I am going to provide one.

Background/travel and food:

It's all perspective. One person may tell you a restaurant is the best but you find it barely average and overpriced. Everything is relative, so I'm providing a bit of background info. We are a family of 4. Teen daughters ages 15 and 18. We travel frequently as a family to Paris and the French Riviera (my husband's family is there) and have also taken our girls to London, Venice, Florida and California (where we used to live). Before kids we traveled to Hawaii, Costa Rica, St Martin, The Cook Islands, Mexico City, Acapulco and all over France and more as single adults. Have never done a cruise or an all inclusive before this. (not keen on multitudes of large, loud tourists all in one place at one time)
We are "pescatarians" (fish, no meat), enjoy healthy food and could be considered by some to be "foodies" (a polite word for food snob) as well as having worked in the restaurant/food/wine business (in Paris and in Los Angeles) for many years and consider myself to be a sort of amateur pescatarian chef at home.
Also, I must preface that I spent about a year and probably several dozens of hours researching for this trip. I read hundreds, if not thousands of reviews. We booked this trip a year ago.

← See all 80 hotels in Jamaica

**Beaches Negril Resort & Spa**     About     Location     **Reviews**

I'll start with some general stuff. the positives. add some so-so comments. tips and end with the disappointments.

General:

Arrival was nice with the lounge for a beverage at the airport. Our van/shuttle driver was not a conversationalist despite the attempt by the couple riding with us. He was, however, clearly on a schedule and drove extremely fast passing every car or truck he could. Any anxious passenger would have totally freaked out. I figured Jamaica is a pretty good place to die.

The drive/scenery was very interesting (and also a bit sad) and am glad we got to see some of it.

Drivers expect to be tipped and we were prepared.

Hotel arrival is well done with live music and a very gregarious greeter/bell hop. Cool, scented washcloths provided. Nice touch. Our rooms were not ready so we went looking for food.

The lobby, welcoming area is very lovely. We found everything clean and well maintained and tasteful without the feeling of being on some huge tourist metropolis resort. Lots of plant life only 3 stories and spread out. Truly nicely done. Units feel like they are tucked away behind palm trees almost like a tree house feel. Loved it.

If you've never been to Jamaica you might not know that while English is the official language, all the locals speak a dialect called Patois so you won't understand anything the staff is saying to one another. I love languages (am fluent in 3 and have fair knowledge of 2 more) and asked anyone and everyone to teach me a phrase and I tried to use my new phrases as much as I could. Often the staff appreciated and got a kick out of my attempts to speak Patois. (other times they looked at me like I had 2 heads. Oh well)

Sometimes they sound like they are arguing with one another or talking and laughing about the guests. Who knows. I wish I had taught myself some phrases before arriving!

The Positives:

As many have said, the beach and the water are the best thing about this resort. It is like the photos. We wanted someplace very warm/hot where we could swim (no waves) and enjoy the crystal clear water in February, so this turned out to be the place! The sand is very fine and soft and raked every morning.

We loved the all-inclusive experience (our first) as it takes all the stress out of the vacation. No carrying money, no tipping (mostly), not feeling like you should watch what you order. Our girls especially loved this as they could freely eat or drink when and where they wanted without worry. I loved the lack of stress revolving around meals and expenses. It was exactly what I wanted for this "big occasion event". To truly feel like I'm on vacation. Want a second glass of wine? feel free and don't even worry if you don't finish it! Usually we deny ourselves when just one glass can cost as much as $10. So this removes all that. A lovely feeling!!

Both rooms were very clean (our girls had their own room), seemingly recently updated with lovely tilework and tasteful decor. We were in the 100's building. Beds and pillows are extremely comfortable (and I'm picky). I love the fact that they use duvets instead of comforters or blankets. They felt and looked incredibly clean. Our room (beachfront suite) was very spacious with a high ceiling, balcony with a view of the beach through the palm trees. There are no direct beachfront, unobstructed sea views. Our girls' basic premium room had a balcony with a view of the road. Not great but they weren't in there much. They weren't in our actual building but just across the wooden bridge and up the stairs (3rd floor which we did request and they honored). So they weren't far and since we had walkie talkies, it worked out great to stay in touch throughout the resort.

Our room was kept and cleaned very well. We never encountered our housekeeper but her name was Claudine General and she clearly did a fabulous job. We never lacked clean towels and the room always seemed very clean and a new towel sculpture each day with flowers was a nice touch.

Our fridge-keeper, Ricardo, who honored our request to refill with lots of water and not much else, was friendly and efficient.

The house wine was surprisingly drinkable. We liked the Pinot Grigio and Merlot. We aren't liquor or beer drinkers (though we did try a few things and very much enjoyed a drink they called the Mesmerizer which was delicious if the same person made it…otherwise it could be very different from bar to bar) but we were glad to be able to enjoy the wine.

Food: the best restaurant for us, hands down, was Stewfish. With our feet in the sand for breakfast and dinner (not open for lunch…bummer for us), just feet from the waves we were very nicely surprised at the good meals we had here (and we're not the easiest to please with restaurant backgrounds)

Being pescatarians (fish but no meat), this place was perfect for us. At our last meal there I tried a vegetarian dish of veggies, tofu and coconut milk that was absolutely amazing. Sounds very simple (I was a great deal of cooking) but it was so good we ordered a second dish of it. I even had to find the chef, AnnMarie, to tell her it was amazing. I was sad I had not discovered it sooner as I would have ordered it every night. Honestly, coming from

Beaches Negril Resort & Spa    About    Location    We    Reviews

Goodies: we were very, very nicely surprised with Stewfish from the awesome and picture-perfect setting to the food to Oneil, our patient server. (not all of them were like that)
Craig and Feron at The Venetian were great, complete with carrying plates and drinks on Feron's head!
Another wonderful surprise was that we never waited for a table even though the resort was full. We couldn't understand why everyone wasn't eating at Stewfish but we were glad they weren't!
In 2nd place for food was the walk-up window bbq. We were so happy to see Jamaican mahi mahi wraps on the menu and to find them delicious!
The pizza place (run by native Italian Marcello) was good if we insisted on a very well done pizza (otherwise undercooked and limp).
The fish tacos at Arizona's were very good, although different each time ordered.
Our first morning there as we approached The Mill one staffer (Caffrrey from the entertainment dept) stopped us to say hello and when we mentioned we had just arrived he immediately brought the girls down to The Mill himself and joined them for breakfast! (we went to Stewfish…the only place for breakfast or dinner as far as we're concerned!)
Our girls were surprised by this but loved it!! It was a great start. Our girls are still in touch with Caffrey and he helped make their time memorable just by being so kind throughout our week.
Our girls should write their own review from a teen perspective.

Staff: most of the staff is as others say, exceptionally friendly and smiling and do their best to make sure you are happy. Oneil at Stewfish, for example and Shelly and Caffrey. Also Janiel and many others in the food service were great.
Ricardo at the watersports was great (Lucien as well) and when we capsized a Hobie Cat, the sail then ripped. Ricardo came out to rescue us and tow us in and was really great about it. We felt really horrible about the sail, but he assured us we were far from the first and not to worry about it.
The staff has friendly names for everyone. "Princess" for the girls, "boss lady" or "mi-lady" for the women/moms and "boss" for the dads. Definitely adds to the Jamaican ambiance of letting your guard down and chillin' out as one should on vacation!

The property is well maintained and very tastefully done and I only spotted 2 cats and one dog roaming the resort but not bothering anyone.
Again, the beach and the water really are as gorgeous as the photos. Spectacular. (and we have the French Riviera to compare)
Loved the "singing frogs" in the evenings. Tiny hard-to-find frogs that make a chirping sound reminding us of our tropical environment (though my husband says he'd have preferred to hear the waves over the frogs, I rather liked it). Also saw lots of tiny lizards or geckos on the walls. Another bonus.
The main pool and swim-up bar up by the restaurants (not by the waterpark) never felt crowded (unlike the waterpark pool) which was surprising since they were at full capacity.
The walk up the beach to Jimmy Buffet's Margaritaville (large bar/restaurant) was worth it for the double floating trampoline (open to the public for free) and the colorful boutiques along the way but it does get old to be approached by vendors selling anything and everything and would not have wanted our teens to make that walk alone just for the annoyance of the many, many vendors (mostly male).

The so-so:
The buffet food at The Mill was just OK but there's quite a bit of selection. Some things would be pretty good (plantains one morning were great and another were awful, snapper was good) but for the most part it's your average buffet style food. In general, really good salad (lettuce) and fruit was lacking. (though the fruit carvings were beautiful!) There was fruit but often unripe. Salad was sparse. A strict vegetarian or vegan might really struggle at this resort.
The food at Kimonos was less than so-so. It was downright lousy. I would not bother to eat here. My youngest loves Japanese food and she was really disappointed. However, Janiel who took our orders and remembered our names all week (in fact, despite many staff asking us our names Janiel was the only one who remembered it and used it including our gregarious bellhop…he didn't even acknowledge me when passing until he saw one of my girls days later)
Baked goods, bread, croissants, pastries were very undercooked and very blah. The crepes at the Paris Café were so undercooked we wanted to get back there and make them ourselves. (this is something we eat often in France and make very often at home) I think their crepe griddle just isn't kept hot enough and no one taught them that crepes should be golden brown, not blonde/white.
There are only 2 places to eat between meals so if you miss the restaurant serving times your options are quite limited.
I wish they had more "to go" type containers for food at the bbq. Like a paper boat for some to-go fries. Kind of awkward to walk around with a china plate which my girls did when they wanted just a snack but wanted to head to a different area. Also, the menu says "veggie patty" but both times I asked for it they didn't have any.
We never waited for a table but we did wait longer than "normal" for our food. Since we were usually at Stewfish right on the beach…who cares? But if we had young children it

would have been challenging. (probably why most of them go to the buffet at The Mill)
Water pressure is very low so if you have long, thick hair it can be a drag.
We were there during the winter Olympics and while they would put them on one of the 4
tvs at the main evening bar near the "Big Top" stage (frWe asked they'd turn it on but we
couldn't hear it) it was not available in the rooms which was rather disappointing.
The food at Arizona's and The Venetian was decent. Service at Venetian was outstanding
(almost over the top) but portions (true in most restaurants here) are VERY small. We
sometimes ordered a main dish as an appetizer. (keeping in mind I am a small person with
a small appetite, am a fan of quality over quantity and think that most portions in the US
are way oversized) My husband is a swimmer with a high metabolism and was starving.
They need to learn to cook a tuna steak and swordfish medium to med rare. Both were
overcooked and dry. Unfortunate.
If you have little kids, this resort is probably a fabulous place. There is much less for teens
and we wished they had tried harder at getting the teens involved in activities as there
certainly were enough of them around. Despite this, our girls made friends both with guests
and some staff and while there were "we're bored" moments, overall they LOVED this
place and the staff and wanted to take them home with us. They did have to go make their
own fun, however, as there just wasn't much organized for teens.
No question the teen coordinator could have made for a much more active and exciting
experience. I heard from guests who go each year that they used to have a fabulous teen
coordinator team. I'm sorry we missed out on that.
Much of the staff is friendly and welcoming but you will encounter plenty who seem they'd
rather not be there. That's life. For a place that employs over 400 people it's to be
expected that not every person will be having a good day. I think dealing with hundreds of
tourists (some of whom had too much to drink) and little kids all day would be very
challenging. The ones who maintain their smile and warmth deserve kudos.
For the price of this resort, it's kind of ridiculous that wifi isn't included, at least in the rooms
or in the lobby or something.
Seems to us at least one evening there should be a late pool party (pools close at 5 PM).
It's fun to swim with lights at night and would have been a blast. The evening
entertainment was anywhere from really hokey to quite good but all of it was in the same
place which got boring. If the entertainment was uninteresting, there wasn't a ton to do
except stand around the bar and drink…our teens lost interest in most of the
entertainment.
Unfortunately for us the beach party on Thursday evening that we had read so much about
and looked forward to was canceled because of the heavy rain and thunder we'd had
during the day. All the other restaurants except The Mill (buffet) were closed which was a
huge bummer because it was very crowded with little selection for the non-meat eaters. It
was our last night and we were so very sad not to eat at Stewfish one last time.
We were surprised no one tried to sell us a vacation for next year. We were expecting it to
be brought up as we checked out with the concierge and were curious what kind of offer
there might be for booking before we left. I don't like a hard sell, so for that I'm grateful, but
no attempt was made at all to get us to come back, which was odd. We didn't have a huge
margin of time before leaving the resort so we didn't pursue it on our own.

TIPS:
*the rooms have microwaves and we wished we had brought microwave popcorn
*We brought walkie-talkies to keep in touch with our teenagers and they came in very
handy! (if you pay for wifi you can connect 5 devices as well but wifi wasn't always strong.
The walkies worked great all over the resort)
*We used bugspray with DEET which I believe helped as we loved to eat at Stewfish which
was right on the beach. Of the 4 of us only a couple of us had a few tiny bites that didn't
bother us much. I think they were sand flea bites.
*Bring twice as much sunscreen as you think you'll need. A 6 oz can of spray-on sunscreen
can cost you as much as $30 at the gift shop!!
*if you have a bee allergy, be aware! They hang around the soda fountains, outdoor tables
and people do get stung. We never saw anyone get stung but the bartender told us he gets
stung every day…so he says.
*There are no snacks on the beach. I think this keeps the beach clean and keeps birds
from scavenging as well but it's good to know if you want to pack some cereal bars or
something.
*if you walk down along the beach toward Margaritaville (water trampolines are fun) be
aware that if you keep walking further you may encounter topless or nude sunbathers.
*Sadly, it was true that by 7:30 AM most the good beach chairs and shade spots and
towels are all taken. I did not go on vacation to set an alarm just to score some beach
towels but I wound up waking up early every day anyway (I am waiting for the day
someone invents a hotel door that does NOT slam shut.)
I even suspect that some people claimed their chairs late in the evening before going to
bed because often the things on the chairs were very damp at 7:30 AM like they'd been out
all night. Kind of inconsiderate.
*One tip would be that when you do get some towels, (and it can sometimes be hard to
find them near the beach) get several extra and keep them dry and clean until the next
day. They do replenish them eventually. Or make and bring along some cool signs that can
attach to the chair that says your name or something!

← See all Reviews

**Beaches Negril Resort & Spa**       About       Location       **Reviews**

*There is a no tipping policy except for butlers and cabana servers, which is a bit odd since those services are extremely expensive already. (though I did see tips accepted by others)
*Bring your own snorkel gear if you can. They have limited sizes in fins that didn't fit any of us well.

*Don't be afraid to let the roaming photographers take photos. There's no obligation to buy them.

The disappointments:
(I want to say here that after our trip I did contact the resort to give them the opportunity to address the issues we encountered. We were contacted by the GM, who made it clear he would be discussing all of our comments with his staff and seemed very sincere in his apology and intentions)
Prior to our trip we had made it extremely clear that we were very light sleepers (so much so that I travel with a small fan for white noise) and having a very quiet room was imperative. We asked for the 3rd floor corner room near the dive shop (where I read it was most quiet). Our daughters had their own room and we asked they be as close to us as possible (adjoining was not possible as they had a premium room and we had a beachfront concierge suite)
We were told there were no 3rd floor rooms available. This was very disappointing but I understand requests are never guaranteed. Still, we knew we did not want an adjoining room with another family as you can hear everything through the doors. Yet, this is what we got. Thankfully we only heard them a few times (once when someone tried to open the adjoining doors). We also did not hear people above us, which was one of our concerns. So that was a big relief.

We booked with a travel agent. I thought this would give us a slight edge figuring the resort would want to keep clients of travel agents very happy because of the traffic they direct their way. (ie a special touch of some kind or possible upgrade as I had read many guests receive, or something special for the special occasions we were celebrating) This was my hope but turned out to be one of the biggest disappointments.
We came to Beaches to celebrate a few very important milestones (my daughter turned 18 the day I turned 50, this was also for her high school graduation and our 20th wedding anniversary) and this trip was no less than a small fortune for just one week for the 4 of us. We've spent less on several weeks in the South of France but this was for some very special occasions so we saved up and splurged.
Sadly, not even one of our milestone occasions was acknowledged in any way. It would not have taken much. A small bouquet of balloons for my daughter, a bottle of champagne for us, a discount on a cabana or massage...something.
I am not the type to "demand" this or that or to be the belligerent guest. I just quietly kept hoping for a special something. My expectations were at the appropriate level of the budget invested. I don't expect perfection, but some things should not be overlooked at a resort of this caliber where guests spend this kind of money.
I contacted our travel agent after a few days asking about it and he said he would remind the resort. I thought perhaps on our last day when we rented the cabana we'd get some kind of special surprise. Instead, the day of our $125 cabana rental, we got up early (8:30/9 and they are supposed to be ready by 8) to take advantage of it and it wasn't even set up at all yet as they were, so we were told, shorthanded. Our cabana server did seem to be doing his best and was very friendly but anything we ordered took so long, it would have been much faster to go get it ourselves. There were very long periods of time when we didn't see him at all. Sadly, it rained VERY hard that afternoon and at first it was cool to sit in the cabana and watch the rain but then the roof began to leak so much that we were getting soaked could not stay in the cabana. Major bummer but no control over the weather!

Our gregarious greeter/bellhop (I am unsure of official staff titles) was very friendly as we chatted upon our arrival and I wondered if there was a map of Jamaica in the lobby or somewhere and he said he'd be happy to bring us one. Never saw one. I also asked him for wine since there was none in the room. Eventually I gave up on the wine and went down to the concierge hours later to ask again. Not a big deal but just little things that add up...
Lots of people say staff call guests by their names all week but we didn't find this. Many did ask our names but only a couple ever remembered or used them. Janiel (Kimonos) and Damien (cabana) were the only ones I recall using our names as it caught me by surprise.

But our biggest surprise was a bit alarming. Our first evening there my husband went for a late afternoon swim and after rinsing off at the showers there were 2 young local women hanging around the men's room calling out to him to come over.
This was rather startling and he did not approach them to see exactly what it was they were soliciting but he could only imagine and decided to make a beeline to our room and mention the incident to a ranger (security) on his way who told him that the young women might be there on "day passes". We learned later after repeating the incident to the head ranger that the resort sells "day passes" to friends and family of staff as well as other local residents and that day passes are also given to staff members as part of their incentive

stay. This was interesting news to us and was a possible explanation for my husbands
encounter. We assumed all guests were vacationers. It is one thing to be solicited by a
plethora of vendors along the water's edge, but another thing when this happens on the
property. We believe that the resort may have difficulty selecting recipients of day passes
appropriately.

The concierge personnel were all lovely people with a quick "no problem" to your request
but often it ended there. I had hurt my knee when we fell off the Hobie Cat and had used
ice but asked if I could get an ice pack. She called the nurse who said they didn't have ice
packs (dry storage kind). What? That's odd. The concierge asked if I'd like some ice sent
up later in the evening so I could ice it again and I said yes, please. This never happened.
The next morning I went looking for the ice machine myself. Again, not a big deal, but I
would prefer they not give the impression they will take care of something unless they can
be sure to follow through.

Also, I had inquired with a concierge about the "teen cruise". She wasn't sure but said
she'd get back to me and leave a voice mail for me if I wasn't in the room. The next
morning, still no voice mail, I tried again. First I was told yes there was one and it was $25.
Then someone came over and said it was $45. While I was inquiring, my husband
messaged me from the beach and said someone signed up the girls but made no mention
of cost so he assumed it was free. Finally when it was time for the cruise it turned out it
was $25. The day we were leaving some of the teens staying behind said there was a teen
cruise but it was free. The information is not made very clear.

Another odd thing was the amount of sexual innuendos at a family resort. One bartender
handed a guest a drink calling it his "pimp juice". I could only imagine an 8 year old near by
saying "dad, what's pimp juice?" Others joked on and on about a staffer having a "very
small package" and how "the ladies didn't like it" while I sat at the bar this was their
conversation. I don't know...I may be old fashioned but it just doesn't seem appropriate to
me at a family resort.

And one last extremely frustrating experience was one of the entertainment staffers
stopping by to say hello to our girls and saying that my youngest was "twerking last night at
the club". I knew this wouldn't be true (and her sisters face confirmed this) and she said
"you are confusing me with that other girl" but he kept insisting that my daughter was
"getting down and dirty" and when she continued to say "no, that wasn't me" he said she
was lying. Then he had the gall to look at me and say "she's the bad one, isn't she?" He
stayed much longer than he was welcome and the whole thing was awkward and quite
insulting. Management needs to have a conversation with this young man about what's
appropriate and where the boundaries are (I do remember his name but will not post it
here). Even if it were true, saying that my daughter was lying and that she was "the bad
one" was way out of line.




On a lighter note, this is about staff being better trained in PR (like the sexual innuendos).
The 4 of us went to the Café Paris when we had just arrived and the friendly young staffer
welcomes us and as she's making conversation she looks at my 15 ½ year old and says
"how old are you?" my daughter tells her age and the staffer proceeds to say "OH! I
thought you were like 12"
Ok, she's too young to have teens of her own to know you don't say something like that but
she's young enough to remember being a teenager! Not a good start for that daughter.
(she is quite petite but she does NOT look 12 and this was rather embarrassing)

In summary, our girls did NOT want to leave this resort and it was a wonderful family
memory with a fabulous beach and clear water. Just what we needed. We made a
conscious decision not to dwell on our disappointments (it was a bit hard for me as I was
the planner, organizer with months and countless hours invested in this important
celebration-vacation and every day I thought "maybe today is the day something a little
special might show up") and just chill and focus on all the positives. Just looking at the
postcard-perfect photos makes me appreciate that we got to go.
This is a gorgeous place that really makes you feel like you're on vacation. Quite an
expensive vacation to be sure, but be certain to manage your expectations."

Read less ▲

**Date of stay:** February 2014

**Trip type:** Traveled with family
**Room Tip:** Building nearest the Dive Shop is quiet
See more room tips

| | | | |
|---|---|---|---|
| ●●●●● Value | | ●●●●● Rooms |
| ●●●●● Location | | ●●●●● Cleanliness |
| ●●●●● Service | | ●●●●● Sleep Quality |

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

👍 Helpful   ➤ Share

Response from Cassie C, Review Coordinator at Beaches Negril Resort & Spa
Responded Mar 21, 2014

  

‹ Beaches Negril Resort & Spa

 Lovemyfamily2014
London, United Kingdom

**Attempted Rape by Member of staff at Beaches negril family resort**

Review of **Beaches Negril Resort & Spa**

⬤⬤⬤⬤⬤  Reviewed May 30, 2014

Be very careful about booking with this company. 12 of my family and friends travelled to this family resort for our wedding. The wedding itself wasn't great, it was all very rushed, it's like being on a wedding conveyor belt!! Things were forgotten, wine wasn't served, food was cold and to top it all off the staff begged my guests for money so they could get taxis home. To sum it all up we weren't really impressed at all, the picture Sandals/Beaches sell you is very different to the package they actually deliver. This was one thing but what we were about to find out nothing could have prepared us for.

Since returning home my husband and I have found out that one night during our stay at Beaches Negril resort and spa, a member of sandals staff tried to rape our daughter. My daughter reported it to the first person she came across who was a night guard, my daughter said she didn't want us to know about this as she didn't want to ruin our wedding. My daughter was frightened, in shock, and needed help. The night guard told her there was nothing that could be done at that moment and to go to her room and go down to the office in the morning. At 12pm the following day a manager was finally available to see my daughter! As soon as they knew my daughter wasn't going to say anything to anyone they swept it all under the carpet! Sandals never called the police, a doctor or nurse, a councillor and they did no investigation into this at all! My daughter was a couple of weeks passed her 18th birthday, she had no idea what to do in this situation except to trust this despicable company who in turn did everything possible to cover their own backs.

I have written to the C.E.O Mr Adam Stewart and made him fully aware of this terrible situation and the appalling way it was dealt with, he hasn't responded to any of my Emails. I have spoken with vice president of customer services Ms Christine Taylor over several months and she feels everything that could of been done for my daughter was done. They say they offered to call the police in but my daughter didn't want anyone to know, my daughter says they didn't offer to call the police in. They say their 'hands were tied' as my daughter didn't want anyone to know about it, my daughter says she only said she didn't want us to know about it. I asked Sandals 'where are your procedures?' This is a criminal act, the police should have been called by you regardless what anybody else wanted. They say 'our hands were tied' your daughter didn't want anyone to know. I asked why they were continually looking to my 18 yr old daughter, who was the victim, scared, alone and in shock who didn't have a clue what to do in a situation like this, to tell them what they should be doing and how

009

to handle this situation, I say they should have acted immediately and not left it until the following morning. The police should have been called and Sandals should have offered my daughter medical assistance. A full investigation should have been carried out and this man charged. Where Sandals did not call the police there is no official record against this man and he is free to work at any of the resorts on the island. Sandals say they sacked the member of staff, I asked how they could legally sack him when no investigation was done. Sandals say the member of staff can sue them if he wants to, again Where are their procedures? In conclusion, Sandals say 'they did everything they could  for my daughter' . I will never accept that telling a young girl who has just nearly been raped by a member of staff to go away and come back in the morning is the right thing to do!!! They refer to the attempted rape on my daughter as 'an unfortunate situation'  and they continue to lay the blame of nothing being done on my 18 yr old daughters shoulders.  I have never been so shocked at the attitude of a company! This is a massive company, a multi billion dollar enterprise, they didn't offer my daughter one penny in compensation at the time. They didn't explain any kind of complaints procedures to her, they did nothing except take advantage of an 18 yr old girl, who was frightened and alone. When I asked for them to compensate my daughter for the terrible ordeal she had been through, after months of arguing about the way they treated my daughter and the way they dealt with this whole situation they offered us 3 nights free accommodation at their resorts with a gagging clause!!!!!!!!! Sandals you are a despicable company with no conscience for the damage you have caused! As a warning to everyone else, don't take your family to their resorts, don't pay your hard earned money to holiday with this terrible company. Would you want your daughter treated like this? Sandals & Beaches resorts is a Jamaican company, so when anything goes wrong it falls back on the laws in its own country which are few and far between. Book your holidays with American or English companies, companies that understand that attempted rape is a very serious crime and needs to be dealt with in a very serious way and procedures should be in place and followed.....trying to hide it, telling lies and trying to cover it up is not the right thing to do.

Show less

**Stayed:** December 2013, traveled with family

Ask Lovemyfamily2014 about Beaches Negril Resort & Spa

👍 90  Thank Lovemyfamily2014                                                🚩

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

**See all 5,659 reviews**

---

**Nearby Hotels**

---

**Sunset at the Palms**

●●●●● 2,975 reviews

**$299**
Expedia.com

**View Deal**

**Date of stay:** January 2018

← See all 65 hotels in Jamaica

 Sandals Montego Bay&#10005;   About   Location   **Reviews**

 **LS976** wrote a review Apr 2013
📍 upstate NY • 1 contribution • 5 helpful votes

• • •

⚫⚫⚫⚫⚫

### Scuba escape

"We came to scuba dive and escape winter. Allthough over all our experience was delightful I do have comments on a couple of things that disappointed me. For religious reasons we do not drink alcohol. I was very disapointed with first, the response at the bar when we asked for something virgin. They looked at us like we were crazy and were unable to offer us anything but a pina colada or strawberry daiquiris (pre-made, out of a machine). Some bar tenders were so baffled they couldn't think of anything to offer us. What about a milk shake, maybe a smoothie or a nice punch. It is possible to make Jamaican smile (and other drinks) without the alcohol.

My second complaint is in regards to the entertainment. I chose Sandals (this was our first time at a Sandals) over another resort because I thought the entertainment would be better.

  One night it seemed like they hired people right off the street, the alcohol and all. Every evening, there was sexual inuendo mixed throughout which was disappointing because the knife jugglers, fire dancers, steele drum band and Jamaican dancers were pretty good. I know it is possible to have good entertainment without stooping to inappropriate.

Now to the scuba, which is what we really came for. Even after scouring the website and communicating through the live chat we still were surprised about several things. First, you cannot dive on both your arrival and your departure day which is to be expected but you cannot even take the pool refresher course (this cost $) that they offer the day you arrive. They have set times for everything. That course is offered only at 9 am. This means that you miss the first dive of the day which is also at 9 am. Even if you had taken your refresher at home (or have dove in the last 6m -I believe-) you still are not allowed to dive the first dive because it is the deep dive (typically 60 ft) and they make you do a shallow first. The 2nd dive of the day is offered at 11:30. This is the shallow (40Ft). So if you are trying to get the most dives in possible, no matter what you do you can only do one starting the 2nd day that you are there.

You have to rent your wet suit for 10$ per session if you turn it in between. They only seemed to have shorties, which turned out all right as the water was warm. They do not have dive computers. I was a little concerned when they had to go through two gauges before they found one to put on my personal regulator. The dive shack is a shack and doesn't do much for making you feel comfortable about the equipment. The employees seemed knowledgeable enough and Donovan and Termi made our water time fun. Termi went out of his way to find things for us to see. We saw rock fish, sting rays, held star fish and cucumbers, and to top it off we say three dolphins which they said was uncommon. The Caverns was a great dive. You get to play follow the leader through coral canyons, it was great. The plane wreck was not anything to get excited about. The dive masters were constantly trying to get us to advance our certification which got a little irritating after awhile besides the guy who certifying was going on the same dives as us, just a little deeper. If you are a very new diver, unless you were vocal about needing extra attention and help, there was no "help or checking up on, just to make sure" kind of assistance. You better speak up and trust your buddy. We ascended during one of our dives and the guide did not even notice.

The resort is absolutely beautiful, keep in mind we were coming from up-state NY in the dead of winter. Everything seemed to be in bloom and there were flowers everywhere. There were no bugs except one cock roach in our room one night which really surprised us because we saw absolutely no bugs--didn't need the bug spray.

It was definately disappointing that we were so limited as to where we could eat because of the reservations. we booked them within 2 hours of our arrival and still didn't get what we wanted. Even when we did get one it was for 8:30 so we just ate at the buffet earlier and then went to our resevation. The hubby liked Tokyo Joes the best, you gotta bang the gong! I thought the Royal Thai was romantic and a great sunset veiwing area. The food was prepared for looks rather than quantity so order two entrees because you will get literally one ravioli for your appetizer (albeit a really good pumpkin ravioli--at the Carlyle resturant) The food was the best at the restuarants--pretty good at the buffets, I thought the egg ladies in the morning were awesome!

Downtown was a dump and everyone wants to sell you something.

I was disappointed that they did not acknowledge our anniversary even though on the registration they asked if the trip was to celebrate something.

All of the staff were smiling and constantly making sure you were okay. Although we recieved the best service from Lance at the Carlyle, who went out of his way to chill and serve a non-alcoholic drink and appetizer during the 15 minutes that we were there waiting for the shuttle back to our resort."



**Review ID: 32874816**   URD ⇒ Search Results ⇒ ID: 32874816   Online: 109 min. This Review: 0 min.

| Date | Classifier | Comments | Status | Queue |
|------|-----------|----------|--------|-------|
| 2010 2:02 PM | Automatic | Verification Link Expired | REMOVED | Verification Expired |

Title

NOT WORTH THE MONEY

Language

English - US ▾

Review

View   Edit

With 3 kids my husband and I were finally able to get a family member to keep all 3 while we went on vacation for one week. We paid for an all inclusive at Ocho Rios and booked on the higher tier of rooms...figuring we may as well have something nice since we will be there for a week. The leave your wallet at home crap...forget about it! The driver hinted for a tip the entire way to the hotel. He then stopped at some run down abandoned building where guys were selling Red Stripe beers out front...they must have been his buddies. When we arrived after the "90" minute drive the key we got did not open our villa and when we reported this 3 people had to check before they believed us and got another key. When we finally got in the room......WOW.....what an outdated dump! I am not picky but when you have a huge molded area on the ceiling and moisture build up bubbling under the ceiling paint...that cant be healthy. The bathroom tiles could have been installed by my 3 year old. The room has tile throughout but amazingly housekeeping only mops the foot of the bed. The top comforter was NEVER changed. They dont even have them on the carts!! The room is also small. When I complained about the location of the room and the trail of ants coming in the guy at the front desk Collin asked us to be patient and they would get us an oceanside......he hinted for a tip saying that would help to move things faster. We lined his pocket eager to get out of the slum lord stlye villa. We got nothing but "No problem mon we working to tek care of you mon".

The bartenders hit on me each time I went to the bar without my husband. When he would go to the bar he would wait forever for service. We could not get seated at the Reef restaurant. Perhaps this was because we noticed several couples break out money in order to get a table without waiting. The entertainment department is NOT very entertaining. None of the events they put together that week were....well, put together.

They have high incidents of rape and killings in Jamaica so you are urged to take a $20 US cab ride just to go 4 blocks and they write your room number and last name down when you leave in case you don't come back. They can say it didn't happen on their property.

NOT THIS RESORT.......for the money choose another.

013

← See all 3 hotels in Jamaica

## Reviews

Write a review

**Beaches Ocho Rios Resort & Golf Club**    About    Location    **Reviews**

| Traveler rating | | Time of year | Traveler type | Language |
|---|---|---|---|---|
| ☐ Excellent | 2,894 | ☐ Mar-May | ☐ Families | ○ All languages (5,128) |
| ☐ Good | 1,375 | ☐ Jun-Aug | ☐ Couples | ◉ English (5,085) |
| ☐ Average | 459 | ☐ Sep-Nov | ☐ Solo | ○ French (17) |
| ☐ Poor | 209 | ☐ Dec-Feb | ☐ Business | ○ Spanish (16) |
| ☐ Terrible | 191 | | ☐ Friends | More languages ▾ |

**Popular mentions**

All reviews    beaches ocho rios    water park    the bus    kids camp    my son

family vacation    banana boat    all ages    main pool    kids club    water sports    swim up bar

sesame street    piano bar    scuba diving    gift shop    crepes    glass bottom boat    great trip

🔍 inappropriate                                                                                           ⊗

**Robert B** wrote a review Oct 2017    •••
📍 Atlanta, Georgia • 5 contributions • 1 helpful vote

●●●●●

**Excellent Family Resort Spot**

"... you go out of the resort. The wifi was fully covered over the resort, but the signal was weak, about 1/20th of what you may be used to. It was ok for wifi calling, email and facebook, but not for streaming. This resort is geared toward families, nothing is inappropriate…"
Read more ▾

**Date of stay:** September 2017

👍 Helpful    ↪ Share

Response from Jasmine J, Online Review Coordinator at Beaches Ocho Rios Resort & Golf Club
Responded Oct 11, 2017

Thank you for your review of Beaches Ocho Rios. We are happy to hear that you had such an amazing time with us and that we were able to take the stress away. We love to hear our guests boast about our delectable dining options, beautiful property and the wonderful personality and hospitality of our staff. Thank you for your review. It was a pleasure
Read more ▾

**Excursion29563** wrote a review Mar 2006    •••
📍 Alexandria, VA • 1 contribution • 13 helpful votes

●●●●●

014

← See all 5 hotels in Jamaica

### So Disappointing

Beaches Boscobel Resort & Golf Club   reviewed Boscobel   Kingston

"Beaches Boscobel is a sad, run-down, poorly managed vacation disappointment. After reading the wide variety of reviews on this and other web site, I thought Boscobel could not be as bad as some of the negative reviews nor as fantastic as some of the positive reviews and the marketing info. Unfortunately, the worst of the negative reviews are ENTIRELY accurate and I can add to the list of reasons avoid this place.

As for the positives, our young children enjoyed and were well taken care of in the Kids Camp. Additionally, the majority of the staff were very friendly - particularly to our children. That's it - nothing else ranks above mediocre.

As for the negatives:
- The 2.5 hour drive from Montego Bay is HORRIBLE. There are no roads in the USA this bad. I can't remember any roads in any of the 30 countries I've traveled that are this bad. The rattle trap Mitisubishi van/mini bus used for the trip was uncomfortable and felt unsafe. Our driver taking us back to the airport scared the Hell out of the group by making unsafe passes into on coming traffic and around blind curves.
- The resort is very isolated - surrounded on 3 sides by impoverished areas. The town of Ocho Rios is 20 minutes away but nothing else is close. Interestingly enough, local hawkers are allowed to come onto the resort's beach and pier to harrass guests to buy native-made trinkets. No high class resort would allow this practive.
- The resort facilities have been dressed up nicely for the web site photos but be warned - this place could be any other Holiday Inn in Myrtle Beach. The hot water was inconsistent. The TV reception was terrible. The furniture was heavily worn. The patio furniture was cheap plastic crap.
- Although the lawns and garden areas are nicely maintained, numerous problems exist throughout the grounds. Wild cats roam throughout. The concrete walkways and deck areas are NASTY from spilled beer, pina coladas, and sippy cups. Stairs are everywhere - too few elevators - huge pain if you have children in strollers. Finally, PETA has never seen a petting zoo like the filthy set of bird cages at Boscobel - simply horid.
- Cheesey cruise ship entertainment in the main pool area is never ending. It was loud, often inappropriate for young ears, and highly invasive. Also be warned - if you have a room facing the pool area, be prepared to hear the long and loud stage show until about 11PM every night. Hopefully, your children will be too sleepy to notice.
- The restaurants are OK at best. Except at the Bayside Buffet, service is slow. The Buffet has all the charm and quality of any Shooney's back home. Although the bars are basically all you can drink, the quality of the drinks served is lousy. Don't count on any consistency in the taste of any mixed drinks ordered. The bar tenders are great with pina coladas and draft beer. Margeuritas represent unchartered waters for these guys.
- The water sports were another huge disappointment. The beach is woefully too small. No snorkeling or diving was allowed for 4 of the 5 days we were there due to high winds - obviously not fault of the resort. However, every morning, lines form approximately 30 minutes prior to the dive shop opening in order sign up for activities for the next day. This sign-up feeding frenzy for the limited number available spaces was another unpleasant surprise. Its clear the guests' demands far outweighs their ability to supply the advertised amenities.

I could go on but what's the point. I've been fortunate enough to enjoy truly nice island vacations in the BVI, St. Martin, and the Abacos. Beaches Boscobel is huge rip off that should be avoided."

Read less ▲

**Date of stay:** March 2005

●●●●● Value                    ●●●●● Rooms
●●●●● Cleanliness              ●●●●● Service

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

👍 Helpful    ➤ Share

---



**Kathy H** wrote a review Mar 2006
📍 Londonderry, NH • 1 contribution • 35 helpful votes

●●●●●

### This was our worst vacation ever

"We decided to try an all inclusive resort to ensure a totally stress free vacation. We also liked the idea of having golf and scuba as part of the resort price.

As avid vacation travelers we had high expectations based on the Beaches reputation, and feedback from friends and family on others Sandals resorts. But Beaches Boscobel didn't live up to our expectations for a average hotel, let

along a high end resort. We have never felt that we got so little for our vacation dollar. Our vacation was anything but stress free. Golf and scuba weren't up to their billing either.

Realizing early on that the vacation wasn't up to our expectations we met with the Hotel Manager, Mr. Christ on Monday. He was polite and listened to our complaints and promised to get back to us the next day. By Wednesday we still hadn't heard from Mr. Christ so we went back to the office. He wasn't in so we talked to the manager on duty Mr. Seymour and told him we still expected to hear from Mr. Christ and mentioned some additional concerns. We never heard from Mr. Christ again during our stay.

Below is a list of complaints by category. The first category, False advertising, is self explanatory. The next three categories; Stress, Golf and Scuba directly relate to our expectations for this vacation and how Beaches Boscobel failed.

•False Advertising
o The brochure on page 54 & 55 shows a picture that implies the resort is on a long sandy beach. Those same pages contain the phrase "the pleasures of paradise are as endless as its pristine beach". The beach is far from endless, in fact it measure exactly 104 paces. It is also far from pristine; this tiny beach is overused littered with seaweed. The water is filled with seaweed. The west side of the resort is bordered by cliffs, not the sandy beach of the brochure picture. The east side has a small beach that is filled with hawker's shacks.
o A few weeks before our departure we decided to "upgrade" to an oceanfront terrace suite. After we get there we found the "upgraded" room was smaller than the premium family room, nothing more than a standard hotel room. Far from Webster's definition of a "series of connecting rooms used as a living unit".
oThe full name of the resort is "Beaches Boscobel Resort and Golf Club". With golf in the name of the resort I assumed the course would be nearby, accessible and convenient. It was none of these. In fact it was so disappointing I gave golf it's own section.
o Page 56 mentions a "private hidden pool" that doesn't exist.
o Page 56 also talks about "an incredible private golf and country club". The club was not private, in fact there are many billboards advertising it as open to the public.
o Page 12 refers to pizza bars and a nightclub for teens. There was no pizza bar and the teen room was disgusting and never had any events, after we mentioned it to management the room was closed for renovation.
o Page 21 highlights "unlimited scuba". It also states that "everyone can dive twice daily". The limits to scuba are numerous:
- There is no diving on Sunday.
- Divers who take the resort course can only dive once a day.
- They only take 15 divers at the 9:00 dive and 8 divers at the 11:00 dive.
- The 11:00 dive is primarily a training dive for the resort course students, it barely counts as a dive for certified divers.
o Page 21 also talks about a "different dive site each day. I went to the same dive site twice. When I asked about better dive sites I was told you had to purchase a private dive to get there.
o Page 5 mentions "Unlimited Premium Brand Drinks" but you had to pay extra for any wine that is even drinkable.
o All these page numbers refer to brochure #BCH4047 dated 04/05.

•Stress

o Scheduling golf and scuba was a major hassle. The water sports schedule is not compatible with the golf bus schedule (see below).
o One of the members of our party saw human feces in the main hot tub. When the staff were informed of this they closed the pool for an hour and added chemicals. We would expect the tub to be drained and refilled after such an incident. When we informed Mr. Christ of this, he nodded in agreement. We didn't feel the hot tub was suitable for use the rest of the trip therefore we stayed out of it.
o One night we didn't have hot water for our showers.
o Air conditioning in the room was inadequate at times, the air conditioner also leaked condensation on the floor, leaving a semi-permanent puddle.
o We have been on several cruises. These have always had great kids programs, and we expected the same or more from a family resort. The teen program was so poor that most events were cancelled for lack of participation. This meant that kids had to be supervised by there parents, or left unsupervised.
o Concierge service couldn't book the most important events for us. Part of the reason for upgrading was so we wouldn't have to wait in lines. I had to be in line 45 minutes before water sports opened to ensure a spot on the dive boat.
o No dive lockers at water sports. This meant that I had to haul my wet dive gear back and forth to our room.
o My family and I were accosted by peddlers hawking their wares from the water and the dock all day long.
o On nice days it was difficult to find chair on the beach because people reserved them with books, towels and other personal items, then rarely sat in them.
o Page 87 says all tipping is strictly prohibited, but it was soon obvious the tipping happens and is expected.

016

← See all 3 hotels in Jamaica

**Beaches Ocho Rios Resort & Golf Club**   About   Location   Reviews

o Food was usually served lukewarm or cold.

o The disco is a tiny dingy room full of teenagers despite the "adults only" sign by the door. One can only assume they were allowed to hang out here because the teen disco was closed.

o The piano bar smells musty, and was always empty. We never saw a piano player in the piano bar all week.

o Nightlife was essentially limited to the overly loud 2nd rate acts on the main stage.

o The surface of the pool bar was covered with a thick coat of mildew in the grout. No effort was made to clean this surface all week.

o Daytime entertainment was inappropriate for children; the MC thrusting his hips and stating "this is why Jamaica is over populated", advice on how to taunt fat people and songs with obscene lyrics. We are not prudish people by any stretch of the imagination, but the work [...] has no place in a family resort.

o Expressing these concerns to senior management and never hearing back from them was particularly exasperating.

• Golf

o With golf as part of the name of the resort we expected the course to be close, convenient and of high quality. It was none of these.

o The course was a 30 minute bus ride away, and the buses only ran at 7, 8, 10, 11 and 12.

o We needed to be at water sports at 8:30 to sign up for scuba the next day, having only glanced at the bus schedule we assumed it ran every hour. The bellmen watched us waiting for over 15 minutes before we asked about the bus. Were told there was no 9:00 bus, and were offered a $30 cab ride which we accepted.

o We asked Mr. Christ to remove the $30 charge from our room. He said he would, but never did.

o The water sports schedule needs to be compatible with the golf bus.

o The course condition was terrible especially the greens

o There were billboards on the road advertising the "private" course to the public.

o We had to pay for beer and water on the course that was part of our "all inclusive" resort vacation.

o The 2:30 bus never picked us up as scheduled. We had to call the resort to arrange a pickup. We didn't get back to the resort until after 4:00.

o What should have been an easy 4 ½ hour round of golf kept us away from our families for over 9 hours.

• Scuba

o Scuba is far from unlimited (see above)

o The scheduling is incompatible with the golf schedule (see above)

o The best sites are reserved for "Private dives".

o The regulators are not in acceptable condition.

- Some had evidence of salt water in the 1st stage.

- Most of the hoses had cracks on the outer covering. While this in and of itself does not indicate imminent failure, it exposes the core to sea water. If it were my gear the hoses would be replaced.

- The seats were so beat up that some couldn't make a leak free seal with the tank.

o Some of the tank valves leaked, again indicating poor maintenance.

o The tanks were improperly filled from 2800 to 3500 PSI.

- 3000 PSI is standard

- 2800 PSI will give the diver a shortened dive

- 3500 PSI is overfilled, and can lead to damage and catastrophic failure

- At least 1 tank only had 1500 PSI this could create an out of air situation for an inattentive diver.

o The dive staff didn't use a sign in/out system which could lead to divers left in the water

o The dive staff didn't enforce dive buddies, another breach of basic scuba safety protocol

We are tolerant people, not chronic complainers. We understand that running a large resort is a complex business, and things go wrong. We made a good faith effort to resolve our issues by discussing them with management in a calm manner. Mr. Christ didn't even bother getting back to us, nor did he try to do anything to resolve our valid concerns."

Read less ▲

**Date of stay:** February 2006

●●●●● Value          ●●●●● Rooms
●●●●● Cleanliness    ●●●●○ Service

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

👍 Helpful    ➦ Share



**◉◉ Review ID: 3744566**  URD ⇒ Search Results ⇒ ID: 3744566   Online: 72 min. This Review: 0 min.

| Date | Classifier | Comments | Status | Queue |
|------|-----------|----------|--------|-------|
| Aug 11, 2005 12:00 AM | Catherine | ok | PUBLISHED | Resolved |

## Reviewer Info 🔍



- Username: marilyn "
- E-mail: ▮▮▮▮▮▮
- Member ID: 4785083
- Password: PasswordHidden
- Location: santa monica
- Member Type: [UNVERIFIED]

## Review Info 🔍

- Submission Date: Aug 08, 2005 12:00 AM
- Experience took place on: Apr 2005
- Rating: 1 - ●○○○○ show categories
- Submission Domain:

- Original Attachment: Beaches Negril
- Location: Negril, Jamaica, Caribbean, North America

- Current Attachment: 🏠 Beaches Negril Resort & Spa (214530) (Negril, Westmoreland Parish) (all) (Location Tool)
  [ Change Attachment ]

- previously reviewed: No

Title

you don't get what you pay for....

Language

English - US ▾

Review

View    Edit

I can't believe anyone would continue to stay at this resort after reading the reviews.not one reviewer felt " you get your money's worth" or the hotel really what it is advertised as. i am currently in a dispute with the hotel because they took our $ for conciege rooms and gave us dumpy, dirty never with a housekeeper, small rooms. from the moment you arrive there you are treated with disrespect and no service. the restaurant employees are mean spirited and definitly not there to be of service. they tell you over the phone you can do scuba everyday, but in fact you may not get on a boat at all, and when you do they take you out to a completely dead reef without fish. to say nothing about the hostile dive masters. the hotel manager was so rude my husband rented another hotel while we were in jamaica. yes the beach is beautiful, but you better be down at 7 am to get a chair because they do not have enough for their guests. i am guilty of not taking other tripadvisor's reviews to heart, because i wanted a ai resort for my teens. what a fool i was, i'm lucky my daughter wasn't raped by the guards and it only cost me $12,000. for a week.

019



**Review ID: 3174211**   URD ⇒ Search Results ⇒ ID: 3174211   Online: 16 min. This Review: 5 min.

| Date | Classifier | Comments | Status | Queue |
|---|---|---|---|---|
| Feb 18, 2005 12:00 AM | Jason | | PUBLISHED | Resolved |

**Reviewer Info** 🔍
- **Username:** Jim Heisel *
- **E-mail:** ▇▇▇▇▇▇
- **Member ID:** 579532
- **Password:** Password-Hidden
- **Location:** Charlotte, NC
- **Member Type:** [UNVERIFIED]

**Review Info** 🔍
- **Submission Date:** Feb 09, 2005 12:00 AM
- **Rating:** 1 - ●○○○○
- **Submission Domain:**

- **Original Attachment:** Sandals Montego Bay
- **Location:** Montego Bay, Jamaica, Caribbean, North America
- **Current Attachment:** 🏠 Sandals Montego Bay (151461) (Montego Bay, Saint James Parish) (all) (Location Tool)
  [ Change Attachment ]
- **previously reviewed:** No

**Title**

Sexual Assault on Honeymoon in Montego Bay

**Language**

English - US ▾

020

**Title**

Sexual Assault on Honeymoon in Montego Bay

**Language**

English - US ▼

**Review**

| View | Edit |

I've been waiting 4 months to write this review because I did not want to vent my anger in a public forum. I am writing this review to give others the information they need to make a decision.

My wife and I are a young, energetic, party couple that always make the best out the situations presented to us. We needed to make the best of our honeymoon after what happened on the second night.

While dancing in the disco, my wife had the pleasure to finding out how attractive she was to the Jamaican men. There wasn't any dirty dancing on her part, but unfortunately one of the Jamaican Playmakers(Sandals employee) decided he wanted to experience what he couldn't see. In a nutshell, he put his hand up my wifes dress on the dance floor and touched her crouch. When she turned to confront the Playmaker, who goes by the name "Show Time" he grabbed her hand and placed it on himself to show her how aroused he had become.

Folks, this isn't Hedonism. I never thought this would happen. Within the first 48 hours of my honeymoon, my attention was turned from bliss with my new wife to thoughts of legal matters. Not a day went by that this incident didn't have an affect on our mood. When paying 5 grand for a 7 night stay, I don't expect to have to "make the best of the situation."

Sandals tried to hide behind the fact that they "were investigating" and the employee continuously denied the happening. Of course he did.

When all was said and done, I spent the my last few hours in Jamaica meeting with the top two managers, signing legal release forms in return for free trip to any Sandals. We will not be returning to Montego Bay.

Hope this doesn't happen to anyone else. If you are going to Montego Bay and "Show Time" is still working, I'd change the location.