# EXHIBIT 17



FIND A BUSINESS OR INDIVIDUAL

*AS MAINTAINED BY THE
DIVISION OF CONSUMER SERVICES

NEW: search STO - Student Tour Operators, in Program dropdown

| Name | License (ex. LS9999) | Phone | City |
|---|---|---|---|
| Unique Vacations Inc | | | |

| County | Program | |
|---|---|---|
| | | ☐ Limit results by Active status   SEARCH   CLEAR ALL |

**Records Found : 1**                                                                                  File Complaint

**Search Results**

Sort By
NAME : A to Z

Filter By State,City
<Show All>

Display per page
10

| | 1 |
|---|---|

**UNIQUE VACATIONS, INC.**
4950 SW 72ND AVE 2ND FL, MIAMI, FL 33155-5533
Phone 800-327-1991 Ext. 4657

Complaints 6
Print

| License Type | License# | Issued | Expires | Status |
|---|---|---|---|---|
| Seller of Travel | ST21974 | | | Exempt - ARC |

| Complaint History | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|
| Business Failed to Respond to Complaint | 0 | 0 | 0 | 0 |
| Business Responded to Complaint | 0 | 3 | 0 | 3 |

| | 1 |
|---|---|

Report Name: Case_Summary

# Case Summary Report

Report Date:  11/06/2019  09:30:19

Page 1 of 1

Report Generated by:  W ALAN PARKINSON

Case Number: **1504-13245**          Case Status:                              Recv Date:**04/03/2015**

| | |
|---|---|
| Name: | **UNIQUE VACATIONS, INC.** |
| Business Address: | **4950 SW 72ND AVE 2ND FL, MIAMI, FL 33155-5533** |
| Region/County: | **South / MIAMI-DADE** |
| Phone(Business): | **800-327-1991** |
| Phone(Fax): | **305-663-4802** |
| Subject: | **520 - Travel/Vacation plans** |
| Seller of Travel: | **ST21974**          Expiration              Status:  **Exempt - ARC**<br>Date: |

**Case Manager:**          **SHERYL ANN FOUNTAIN**     Phone Number  **850-410-3711**

Company Comments:          **Date: 02/01/2002 -- -ARC 10 53243-2 SINCE 2-7-90**
**-(9/13/01 DMM)**

Case Summary:          **No Summary Available**

| Start Date | Case Activities |
|---|---|
| **04/06/2015** | **New Documents received. Please look.  (CSTRACK CSTRACK)**<br>NEW DOCUMENTS ARRIVED. ACTIVITY CREATED BY SYSTEM<br><br>complaint form |
| **04/09/2015** | **Letter 002 - Regulated, 1st Notice to business  (SHERYL ANN FOUNTAIN)** |
| **04/09/2015** | **Letter 002 - Regulated, Acknowledgement to consumer (cc)  (SHERYL ANN FOUNTAIN)** |
| **04/09/2015** | **Phone call to Business  (SHERYL ANN FOUNTAIN)** |
| **04/09/2015** | **1st notice response received  (SHERYL ANN FOUNTAIN)**<br>ACTIVITY CREATED BY SYSTEM |
| **04/15/2015** | **E-Mail  (SHERYL ANN FOUNTAIN)**<br>consumer request to withdraw complaint. |
| **04/15/2015** | **E-Mail  (SHERYL ANN FOUNTAIN)**<br>followup email to consumer |
| **04/20/2015** | **New Documents received. Please look.  (CSTRACK CSTRACK)**<br>NEW DOCUMENTS ARRIVED. ACTIVITY CREATED BY SYSTEM<br><br>Business Response |
| **04/21/2015** | **Letter 220 - to Complainant  (SHERYL ANN FOUNTAIN)** |
| **04/21/2015** | **Letter 220A - to Business  (SHERYL ANN FOUNTAIN)** |

Prepared by: The Florida Department of Agriculture and Consumer Services, Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database

002