# EXHIBIT 20

**2014 FOREIGN PROFIT CORPORATION ANNUAL REPORT**
DOCUMENT# P29097
Entity Name: THE MARK TRAVEL CORPORATION

**Current Principal Place of Business:**
8907 NORTH PORT WASHINGTON ROAD
MILWAUKEE, WI 53217

**Current Mailing Address:**
8907 NORTH PORT WASHINGTON ROAD
MILWAUKEE, WI 53217 US

FEI Number: 36-3245217
Name and Address of Current Registered Agent:

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324 US

FILED
Feb 20, 2014
Secretary of State
CC8248090647

Certificate of Status Desired: No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:
_____
Electronic Signature of Registered Agent                                           Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | PD | | Title | VPTD |
| Name | LA MACCHIA, WILLIAM E | | Name | LA MACCHIA, WILLIAM E JR. |
| Address | 8907 N PORT WASHINGTON RD | | Address | 8907 N PORT WASHINGTON RD |
| City-State-Zip: | MILWAUKEE WI 53217 | | City-State-Zip: | MILWAUKEE WI |
| Title | VPD | | Title | S |
| Name | LA MACCHIA, SHARON L | | Name | SCHAEFER, PETER J |
| Address | 8907 N PORT WASHINGTON RD | | Address | 8907 N PORT WASHINGTON RD |
| City-State-Zip: | MILWAUKEE WI | | City-State-Zip: | MILWAUKEE WI 53217 |
| Title | VP | | Title | VP |
| Name | SPENCER, MICHAEL | | Name | MEIER, THOMAS M |
| Address | 8415 S PARK CIRCLE SUITE 100 | | Address | 8907 N PORT WASHINGTON RD |
| City-State-Zip: | ORLANDO FL 32809 | | City-State-Zip: | MILWAUKEE WI 53217 |
| Title | VP | | Title | VP |
| Name | BECKER, RANDI | | Name | LINEX, TERRY |
| Address | 8907 NORTH PORT WASHINGTON ROAD | | Address | 8907 NORTH PORT WASHINGTON ROAD |
| City-State-Zip: | MILWAUKEE WI 53217 | | City-State-Zip: | MILWAUKEE WI 53217 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: PETER J. SCHAEFER                                           SECRETARY                     02/20/2014
_____
Electronic Signature of Signing Officer/Director Detail                                           Date

001

# 2011 FOR PROFIT CORPORATION REINSTATEMENT
DOCUMENT# P29097

**Entity Name:** THE MARK TRAVEL CORPORATION

FILED
Sep 26, 2011
Secretary of State

**Current Principal Place of Business:**

8907 NORTH PORT WASHINGTON ROAD
MILWAUKEE, WI  532011460  US

**New Principal Place of Business:**

8907 NORTH PORT WASHINGTON ROAD
MILWAUKEE, WI  53217    US

**Current Mailing Address:**

8907 NORTH PORT WASHINGTON ROAD
MILWAUKEE, WI  532011460  US

**New Mailing Address:**

8907 NORTH PORT WASHINGTON ROAD
MILWAUKEE, WI  53217    US

FEI Number: 36-3245217      FEI Number Applied For ( )     FEI Number Not Applicable ( )     Certificate of Status Desired (X)

**Name and Address of Current Registered Agent:**

SPENCER, MICHAEL
8415 S PARK CIRCLE SUITE 100
SUITE 100
ORLANDO, FL  32809  US

**Name and Address of New Registered Agent:**

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL  33324    US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:   MADONNA CUDDIHY                                                      09/26/2011
            Electronic Signature of Registered Agent                                Date

**OFFICERS AND DIRECTORS:**

Title:       PD
Name:        LA MACCHIA, WILLIAM E
Address:     8907 N PORT WASHINGTON RD
City-St-Zip: MILWAUKEE, WI  53217

Title:       VPTD
Name:        LA MACCHIA, WILLIAM E JR.
Address:     8907 N PORT WASHINGTON RD
City-St-Zip: MILWAUKEE, WI

Title:       VPD
Name:        LA MACCHIA, SHARON L
Address:     8907 N PORT WASHINGTON RD
City-St-Zip: MILWAUKEE, WI

Title:       S
Name:        SCHAEFER, PETER J
Address:     8907 N PORT WASHINGTON RD
City-St-Zip: MILWAUKEE, WI  53217

Title:       VP
Name:        SPENCER, MICHAEL
Address:     8415 S PARK CIRCLE SUITE 100
City-St-Zip: ORLANDO, FL  32809

Title:       VP
Name:        MEIER, THOMAS M
Address:     8907 N PORT WASHINGTON RD
City-St-Zip: MILWAUKEE, WI  53217

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE:   PETER J. SCHAEFER                              SEC            09/26/2011
            Electronic Signature of Signing Officer or Director            Date

002

**FILE NOW: FILING FEE AFTER MAY 1 IS $225.00**

| | |
|---|---|
| CORPORATION ANNUAL REPORT 1995 | FLORIDA DEPARTMENT OF STATE<br>Sandra B. Mortham<br>Secretary of State<br>DIVISION OF CORPORATIONS |

**FILED**
95 JAN 23 AM 10:41
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

DOCUMENT # P29097 (3)

1. Corporation Name: **THE MARK TRAVEL CORPORATION**

Principal Place of Business: 8907 NORTH PORT WASHINGTON ROAD, MILWAUKEE WI 53201-1460 US

Mailing Address: 8907 NORTH PORT WASHINGTON ROAD, MILWAUKEE WI 53201-1460 US

DO NOT WRITE IN THIS SPACE.

3. Date Incorporated or Qualified: 04/27/1990
3a. Date of Last Report: 02/14/1994

4. FEI Number: ~~30-3245217~~ 36-3245217

5. Certificate of Status Desired: ☐ ($8.75 Additional Fee Required)

6. Election Campaign Financing Trust Fund Contribution: ☐ ($5.00 May Be Added to Fees)

8. This corporation has liability for intangible tax under S. 199.032, Florida Statutes: ☒ Yes ☐ No

**9. Name and Address of Current Registered Agent**
SPENCER, MICHAEL
7200 LAKE ELLENOR DR
SUITE 100
ORLANDO, 32809

**10. Name and Address of New Registered Agent**
(blank)

11. Pursuant to the provisions of Sections 607.0502 and 607.1508, Florida Statutes, the above-named corporation submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. Such change was authorized by the corporation's board of directors. I hereby accept the appointment as registered agent. I am familiar with, and accept the obligations of, Section 607.0505, Florida Statutes.

SIGNATURE: _____

**12. OFFICERS AND DIRECTORS**

| TITLE | NAME | STREET ADDRESS | CITY-ST-ZIP | Change/Addition |
|---|---|---|---|---|
| PD | LAMACCHIA, WILLIAM E. | 8907 N PT WASHINGTON RD | MILWAUKEE WI | ☐ Change ☐ Addition |
| V | ~~DICASTRI, LOUIS~~ *Delete* | ~~8907 N PT WASHINGTON RD~~ | ~~MILWAUKEE WI~~ | ☒ Change ☐ Addition |
| VT | SIDDERS, KAREN | 8907 N PT WASHINGTON RD | MILWAUKEE WI | ☐ Change ☐ Addition |
| SD | SOMMERHAUSER, PETER M. | 780 N. WATER STREET | MILWAUKEE WI | ☐ Change ☐ Addition |
| D | LAMACCHIA, SHARON L. | 8907 N PT WASHINGTON RD | MILWAUKEE WI | ☐ Change ☐ Addition |
| D | SOMMERHAUSER, PETER M. | 780 N. WATER STREET | MILWAUKEE WI | ☐ Change ☐ Addition |

14. I do hereby certify that the information supplied with this filing is voluntarily furnished and does not qualify for the exemption stated in Section 119.07(3)(k), Florida Statutes. I further certify that the information indicated on this annual report or supplemental annual report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 12 or Block 13 if changed, or on an attachment with an address.

SIGNATURE: *Karen Sidders* — Karen Sidders — 1/12/95 — 414-351-3553

2602470