# EXHIBIT 21

(Confidential - to be filed under seal)