# EXHIBIT 24

(Confidential - to be filed under seal)