# EXHIBIT 25

(Confidential - to be filed under seal)