# EXHIBIT 28

{00682541.DOCX}

Vacations To Go Confirmation **REDACTED** Page 1 of 4

ResortVacationsToGo.com Home Page

Dear Ms. Desantis,

Please review each section of your confirmation below to ensure that all of the information shown is correct. If you find a discrepancy, please contact me at your earliest convenience.

I highly recommend that every eligible traveler in your party consider purchasing travel protection for your trip. An illness or accident can occur before or during any type of vacation. Such an event might cause you to delay, interrupt, or cancel your trip. As we discussed, travel suppliers impose penalties for canceling reservations, up to and including loss of the entire amount paid. If you'd like to learn more about how our travel insurance protects you from financial loss, call me at the number below or simply reply to this email and I'd be delighted to assist you.

Have a fantastic trip and thanks for booking with Vacations To Go!!

Sincerely,
Stetson Arriola       Alan Fox
Travel Counselor      Chairman & CEO

## Confirmation

| | |
|---|---|
| Vacations To Go<br>5851 San Felipe Street, Suite 500<br>Houston, TX 77057<br>www.ResortVacationsToGo.com | Agent: Stetson Arriola<br>Phone: 800-998-6925 ext. 8355<br>International: +1-832-252-2400 ext. 8355<br>Email: sarriola@vacationstogo.com<br>Hours: Mon-Fri: 7am-4pm (CST) |

### Customer

Ms. Janet Sue Desantis

Cell: ▉▉▉▉▉▉▉▉
Email: jsbater11@gmail.com

### Travel Details

Operator: Funjet
Property: Moon Palace Jamaica Grande Resort and Spa
Plan: All-Inclusive, includes meals and beverages
Destination: Jamaica/Ocho Rios
Check in: May 5, 2015
Check out: May 9, 2015

### Rooms and Passengers

| Reservation # | Room | Names | DOB | Citizenship | Room Category | Flights |
|---|---|---|---|---|---|---|
| A18AE0E3 | 1 | Miss Amber Rachelle Torralva | Nov/20/1997 | United States | Partial Oceanview | Yes |
| A18AE0E3 | 1 | Ms. Janet Sue Desantis | May/11/1969 | United States | Partial Oceanview | Yes |
| A18AE0E3 | 1 | Ms. Paiton Elisibeth Bater | Mar/23/1994 | United States | Partial Oceanview | Yes |
| A18AE0E3 | 1 | Ms. Margaret Anne Torralva | Apr/18/1967 | United States | Partial Oceanview | Yes |

### Charges

| | |
|---|---|
| Package | 4,897.95 |
| Insurance | 76.00 |
| Total Sale* (US$) | $ 4,973.95 |

*Prior to final payment, airlines may add a fuel surcharge or other fee. Government-imposed taxes for air tickets may change at any time.

### Payments

| Paid To | Type | Amount |
|---|---|---|
| Funjet | MC (...8351) | 400.00 |
| Funjet | Visa (...9676) | 400.00 |
| CSA Insurance | Visa (...9676) | 76.00 |
| | Total Payments (US$) | $ 876.00 |
| | Balance Due (US$) | $ 4,097.95 |

Final payment due March 13, 2015.

### Air Schedules

Air Schedules: Miss Amber Rachelle Torralva, Ms. Janet Sue Desantis, Ms. Paiton Elisibeth Bater, Ms. Margaret Anne Torralva
Airline Confirmation Number: HQ7I82

| Date | Carrier | Flt # | Departure Airport | Departs | Arrives | Arrival Airport |
|---|---|---|---|---|---|---|

Vacations To Go Confirmation                                    Page 2 of 4

| Date | Airline | Flight | From | Depart | Arrive | To |
|---|---|---|---|---|---|---|
| 5/5/15 | Delta | 2283 | Detroit, MI (DTW) | 6:15 AM | 8:15 AM | Atlanta, GA (ATL) |
| 5/5/15 | Delta | 317 | Atlanta, GA (ATL) | 9:10 AM | 11:05 AM | Montego Bay, Jamaica (MBJ) |
| 5/9/15 | Delta | 943 | Montego Bay, Jamaica (MBJ) | 5:35 PM | 10:38 PM | Detroit, MI (DTW) |

**Airline Information**

In general, airlines recommend that you arrive at the airport at least 2 hours prior to your departure for domestic flights and at least 3 hours prior to your departure for international flights. When traveling during holidays or other peak travel periods, additional time may be needed. Many airlines offer online check-in via their website, starting 24 hours before your scheduled departure.

Seating assignments and baggage policies vary by airline. Contact your Vacations To Go agent or check with your airline in advance for that airline's policies on baggage, on-line check-in and seat assignments. The airline does not guarantee that seating requests made in advance will be honored.

If the airline notifies us of a schedule change, we will update the air schedule on your Vacations To Go confirmation and email you a revised copy. It is recommended that you reconfirm your departure time and seating requests by visiting Delta website or by calling them directly at 1-888-750-3284 within 24 hours from departure.

## Transfers

Your travel documents, which you will receive via email or mail, will include information about the company providing transportation between the airport and your hotel. If you have any questions about your transfers, please call me at 800-998-6925, ext. 8355.

**Miss Amber Rachelle Torralva, Ms. Janet Sue Desantis, Ms. Margaret Anne Torralva, Ms. Paiton Elisibeth Bater:**
  Shared transfer from airport to hotel included
  Shared transfer from hotel to airport included

## Travel Documentation Requirements

Names on the reservation must appear exactly as they do on passenger identification (passports, etc.).

**Documentation Requirements for U.S. and Canadian Citizens:**
**Miss Amber Rachelle Torralva, Ms. Janet Sue Desantis, Ms. Paiton Elisibeth Bater, Ms. Margaret Anne Torralva**

For travel to Australia, Belarus, Bhutan, Bolivia, Brazil, Cambodia, China, Cuba, Egypt, Ethiopia, India, Indonesia, Jordan, Kenya, Laos, Libya, Madagascar, Myanmar, Nepal, Paraguay, Russia, Tanzania, Turkey, Uganda, Vietnam, Zambia or Zimbabwe
Passengers must bring a Passport that remains valid a minimum of 6 months after travel ends. A Visa is required for travel to these destinations. Passengers are responsible for verifying visa requirements with consulates of every country visited, including countries visited via connecting flights.

For international travel to Bahamas, Bermuda, Canada, Caribbean, Europe, Great Britain, Mexico, United States and all other destinations
Passengers must bring a Passport that remains valid a minimum of 6 months after travel ends. **Minors Traveling**
Minors traveling to any foreign country must be accompanied by their parent(s) or guardian(s) or have a notarized permission letter signed by each parent/guardian not accompanying them. Click here for a parental consent form. If the child has only one legal parent/guardian, a notarized statement must be obtained as proof. For destinations where a passport is not required, U.S. or Canadian citizens age 15 and under are not required to bring a picture ID to accompany their birth certificate. However, a picture ID is recommended. Guests age 16 and older must have proof of citizenship and a picture ID. Minors of all other citizenships must have a passport for all itineraries, and a visa may be required for travel to certain destinations.

## Additional Travel Details

**Insurance**
Miss Amber Rachelle Torralva: CSA Insurance, confirmation number: 15047W1335 (CFAR plan)
Ms. Janet Sue Desantis: Insurance Declined.

Vacations To Go Confirmation                                      Page 3 of 4

Ms. Paiton Elisibeth Bater: Insurance Declined.
Ms. Margaret Anne Torralva: Insurance Declined.

Travel insurance is highly recommended to protect against covered unexpected events.

**Reservation Notes** - All requests are subject to availability at the hotel.
Miss Amber Rachelle Torralva: Request two beds
Ms. Janet Sue Desantis: Request two beds
Ms. Paiton Elisibeth Bater: Request two beds
Ms. Margaret Anne Torralva: Request two beds

**Documents/Tickets**
Funjet will email your resort documents (and airline tickets, if applicable) approximately one week after your booking is paid in full. If you have not received your documents two weeks after your booking is paid in full, please call me at 800-998-6925, ext. 8355.

**Cancellation and Change Penalties**
Penalties will apply to any cancellation or change that affects your reservation. Penalties can amount to 100% of total payments. We recommend purchasing insurance to protect against covered unexpected events.

## Notes from your Agent

Thank you for booking with me. Have a wonderful trip.

## Vacations To Go Terms and Conditions

Vacations To Go is a bonded, fully accredited travel agency in operation since 1984. We are one of the largest retail travel companies in the United States and enjoy a stellar reputation within the industry and among our hundreds of thousands of satisfied customers.

This confirmation constitutes your acknowledgement that you have read, and agree to, the terms and conditions of use presented herein. This confirmation contains the entire agreement between the parties and supercedes any and all prior confirmations or understandings between the parties on all subjects in any way related to the transaction or occurrence described in this confirmation.

No oral understandings, statements, promises or inducements contrary to or inconsistent with the terms of this confirmation exist. This confirmation is not subject to any modification, waiver, or addition that is made orally. This confirmation is subject to modification, waiver or addition only by means of a new confirmation that will be emailed to the passenger of record within 72 hours of any agreed upon change.

Please click here to view the provider's terms and conditions.

We adhere to the highest standards of customer service and make every effort to represent only the finest and most dependable travel companies worldwide. However, Vacations To Go (VTG) acts only as agent for cruise lines, airlines, tour operators, rental car companies, hotels, motels, resorts, charter airlines, railroad companies, ground transportation companies, and other travel-related companies, and is not responsible for acts or omissions of these third party providers. VTG is not responsible for third party failure to perform, breach of contract, or any action or inaction, intentional or negligent, which results in any loss, injury, delay or damage to you or your property or to anyone traveling with you, or to the property of that party. VTG cannot and does not guarantee third party provider reservations, timeliness, employee conduct, or the performance of scheduled flights, cruises or tours, or the availability of airline seats, hotel rooms or rental cars. Most third party providers reserve the right to alter their terms and conditions at any time, and VTG has no control whatsoever over such alterations. Airlines may add a fuel surcharge or other fee after an air ticket has been booked but prior to final payment. Once final payment for an air ticket has been made, only government-imposed taxes or fees may be added. Guests acknowledge that upon receipt of fare by third party provider, provider accepts the passenger subject to the terms of the provider contract.

You acknowledge and agree that VTG's liability to you for damages incurred by you or anyone else from loss or damage to property or from bodily injury or death or otherwise is limited to the gross amount paid by you to VTG, and that VTG shall not be liable to you for any special, consequential and/or punitive damages resulting from either VTG'S or a third-party's negligence, gross negligence, breach of contract, fraud, or any other cause whatsoever. You also agree to waive any claims for damages which you otherwise might be entitled to assert against VTG for damage to or loss of property or for death or bodily injury when the damages are covered by insurance, and further agree that no insurance company or any other third party shall ever become entitled to assert any claim you have against VTG, by subrogation, assignment, or otherwise.

Vacations To Go Confirmation

Page 4 of 4

This agreement shall be governed by the laws of the state of Texas, and you agree to submit to the exclusive jurisdiction of the state and federal courts in Harris County, Texas, in all contingencies and disputes.

All customers are advised to pay by credit card, strictly for their own protection, in the event of default of third party providers. Customers paying by check, cash or money order are hereby advised that VTG accepts no financial responsibility in the event of the default of third party providers.

Thank you! We sincerely appreciate your business, and hope to be of service for many years to come!

Printed: February 16, 2015 at 12:11 PM (CST)