# EXHIBIT 29

{00682541.DOCX}

Subject: Your Electronic Documents

Dear Ms. Desantis,

Your travel document is here! It has been prepared as an electronic document (eDoc) and is included below this message.

Please review your document for accuracy and contact me immediately at the number below if you find an error. After reviewing your document, print it and take it with you to facilitate your check-in.

It's been a pleasure assisting you with such an exciting trip.

Enjoy!

---

Thank you for choosing Funjet Vacations
**VACATIONS TO GO**
SUITE 500
5851 SAN FELIPE STREET
HOUSTON, TX 77057-2484
(832)252-2265

**Funjet Vacations** | **Travel Itinerary** | Need Help? Call your travel agent or Funjet Vacations at 800-558-3060.

## Reservation Number A18AE0E3

### Travelers

| Janet Sue Desantis | Paiton Elisibeth Bater |
| Margaret Anne Torralva | Amber Rachelle Torralva (Age: 17) |

Before you go, make sure the spelling of the travelers' first and last names are identical to the ones on your government issued ID.

Thank you for choosing us to fulfill your vacation dream and we look forward to creating a truly memorable vacation experience. We are committed to creating vacations that far exceed the expectations of every customer and providing the best end-to-end service every step of the way. We look forward to assisting you with any future travel plans and hope you have a wonderful vacation!

This is the complete itinerary for your upcoming trip and contains information that you'll need when traveling. Please review this document carefully. Print and carry a copy with you for the duration of your vacation.

When you booked, you acknowledged and agreed to our Terms and Conditions. Bill of Rights

### Flight Details

### Travelers

| Janet Sue Desantis | Paiton Elisibeth Bater |
| Margaret Anne Torralva | Amber Rachelle Torralva (Age: 17) |

### Depart: Tuesday, May 5, 2015

**Delta Air Lines**

| | Bag Fees & Policy Information | Check-In |
| --- | --- |
| Flight#: 2283; Class: V | Departing: Detroit-Metro-Wayne Co (DTW) 6:05 AM |
| Airline Confirmation: HQ7I82 | Arriving: Atlanta (ATL) 8:02 AM |
| Seats: 32D, 32E, 32F, 32C - Seats Confirmed | Number of Stops: 0 |

- Connecting To -

| Delta Air Lines | Bag Fees & Policy Information | Check-in |
|---|---|
| Flight#: 317; Class: V<br>Airline Confirmation: HQ7I82<br>Seats: 42C, 42B, 42A, 42D - Seats Confirmed | Departing: Atlanta (ATL) 9:10 AM<br>Arriving: Jamaica, Montego Bay (MBJ) 10:55 AM<br>Number of Stops: 0 |

### Return: Saturday, May 9, 2015

| Delta Air Lines | Bag Fees & Policy Information | Check-in |
|---|---|
| Flight#: 943; Class: X<br>Airline Confirmation: HQ7I82 | Departing: Jamaica, Montego Bay (MBJ) 5:35 PM<br>Arriving: Detroit-Metro-Wayne Co (DTW) 10:42 PM<br>Number of Stops: 0 |

Watch your e-mails for any flight time changes that may occur prior to your trip. Notification of airline schedule changes will be sent via email to the address given, up until the day of your departure. On the day you're traveling, you can reconfirm your flight times by visiting the airline's website or by calling them directly.

It is recommended that you arrive at the airport a minimum of 2 hours prior to your departure. Many airlines offer online check-in via their website.

## Hotel Details

### Check-in: Tuesday, May 5, 2015 - Check-out: Saturday, May 9, 2015
### Moon Palace Jamaica Grande - All Inclusive
Reserved For: Janet Sue Desantis - 3 Adults, 1 Child

| Room Type: Partial Ocean View | PO Box 100, Main Street<br>Ocho Rios, St. Ann<br>52-998-193-1777 |
|---|---|

Included Promotions:

1) Up to $1500 Resort Credit

Guests will receive up to $1500 towards the following:

Spa and beauty salon treatments, wedding packages, and off-site excursions and tours such as dolphin swims, snorkeling tours and much more! Some restrictions may apply. Full resort credit may not be used towards Spa.

**Weddings:** Resort Credit does not apply to any other extras or optional services. Resort Credit is only applicable towards wedding collections with a price value of $3000 or higher and must be used in its entirety. If Resort Credit is not used towards a wedding package, all other services and amenities must be requested upon arrival.

**Romantic Dinner:** Romantic dinners are for adults and for couples only. Does not apply to parties of more than 2 people. Resort Credit may not be used to purchase romantic dinners at other resorts.

**Upgraded Wine:** Award-winning wine selection available at all restaurants. Premium wine list not available from room service menu.

**Vacation Memories:** Resort Credit may be used for the purchase of one photo session per room per stay. Resort Credit is not applicable towards additional products such as enlargements, photo books, albums or other items.

**Golf:** Resort Credit is applicable for golf rounds at regular price. Golf rounds include early fee, green fee, twilight fee, and junior fee and exclude all other fees. Resort Credit cannot be used towards clubs or shoe rental or purchase of other products.

*The resort credit is NOT valid for the following:*
*\* Purchases at gift shops*

* Romance honeymoon package
* Deluxe honeymoon package
* Ultra Romance honeymoon package

**Added Values are per room, per stay, and have no cash value.**
A minimum stay of 3 nights will receive up to $500 Resort Credit.
A minimum stay of 4 nights will receive up to $750 Resort Credit.
A minimum stay of 5-8 nights will receive up to $1500 Resort Credit.
A minimum stay of 9-11 nights will receive up to $2000 Resort Credit.
A minimum stay of 12 nights or more will receive up to $2500 Resort Credit.

All Tours, Services and Amenities purchased with Resort Credit must be purchased at full price. Resort Credit promotion is not combinable with other credits, discounts or promotions unless specifically indicated. Resort Credit is applicable only towards the mentioned tours and only when operated by Palace Vacation Planners. All services require reservation at least 24 hours prior to desired service. No refunds will apply in the event that a guest does not arrive for a scheduled service or tour. No-shows are charged at full price. Additional restrictions or exclusions may apply at the time of bookings. Tours and services are subject to availability. Services and amenities must be booked/requested upon arrival. Tours vary by destination. Not applicable towards tours provided by other operators. Resort Credit may only be used for the Ultimate Dolphin Swim Experience program and may not be used towards other dolphin programs or with other operators.

The resort credit will be subject to taxes and fees. The taxes and fees will apply only to amount of resort credit utilized by the guests and not to the total amount of resort credit they are entitled to receive. Taxes and fees will be billed to the guests folio and must be paid upon check-out.

**Important Information:** Resort Credit is not transferrable from room to room when part of a group or with another reservation that has the same dates and Resort Credit used towards Spa cannot be transferrable to another room. There is no cash reimbursement if unused. Additional information will be provided by the hotel at check-in.

2) All Inclusive Amenities

The All Inclusive program includes the following amenities:

* Fine Dining
* Delicious Snacks
* Top-shelf drinks
* 24-hour room service
* Non-motorized water sports
* Live entertainment
* Wireless Internet throughout the property and in rooms
* Taxes and gratuities

*Important information:* Additional information will be provided by the hotel at check-in.

Hotel Sales Advisories:

1) Hotel Cancel Policy: Cancellation Deadline: 3 Days prior to arrival. Late Cancellation Penalty: 1 Nights.

Please take note: Resort fees; parking fees; crib and rollaway fees and any other charges of a personal nature are NOT included in the package price and are payable directly to the hotel. A credit card or cash deposit may be required at time of check-in for incidental charges. Minimum check-in age is enforced.

 Ground Transportation

**Moon Palace Jamaica Grande-Included Transfers**
Valid Only For: 4 Adults

Your roundtrip transfers are provided by Jamaica Tours Limited. Upon arrival, after clearing immigrations & customs, exit towards the arrival hall and turn left to find a Jamaica Tours Limited

(JTL) Representative who will direct you to the JTL Desk #21. Check-in is required and you must present this itinerary to the representative before receiving directions to your transfer vehicle. Please see your JTL Hotel Representative 24 hours after arrival to arrange your return transfer. To reconfirm your transfer and for assistance see your JTL Hotel Representative or call the JTL office. If calling from Ocho Rios call 876-974 6447 Montego Bay call 876-953 3700 or Negril call 876-957-9213. For after hours help refer to instructions provided by JTL or call our US base 24-hour Traveler Assistance Center.

## Travel Value

Save time and money with our discounted airport parking, some airport hotels offer free parking if you stay one night before or after your trip.

Parking and Airport Hotel Discounts

## Additional Travel Information

### FAA Hazardous Materials Policy

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Examples: Paints, lighter fluid, fireworks, tear gases, oxygen bottles, and radio-pharmaceuticals. There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage and certain smoking materials carried on your person. For further information contact your airline representative.

Please refer to the full list of TSA prohibited items at http://www.tsa.gov/traveler-information/prohibited-items.

### Dream Vacation Care:

Our Dream Vacation Care provides you with customer support 24 hours a day. If for any reason you need assistance, we are happy to help. Please contact us at 800-558-3060 or at WeCare@Funjet.com. In destination customer service is provided Jamaica Tours Limited (JTL), available by calling 876-953-3700 if calling in the Montego Bay area, 876-974-6447 in the Ocho Rios area and 876-957-9213 in Negril. Jamaica Tours Limited (JTL) also has regularly scheduled desk hours at most hotels. We encourage you to meet with them in person for assistance or to learn about exciting excursions available. We also have a 24-Hour Traveler Assistance Center in the US that is accessible by calling 001-414-934-1535.

### Identification Required For International Travel:

All international passengers regardless of age must present a government issued, non-expired, US passport upon flight check-in and for US customs re-entry.

For more information regarding proper identification requirements, please consult your travel agent or visit the State Department's consular website at www.travel.state.gov or the US Department of Homeland Security website at www.dhs.gov. Children under the age of 18 traveling with only one parent or someone who is not a parent or legal guardian should travel with a notarized letter of consent ? click for more details - Children traveling w/out both parents.

It is the traveler's responsibility to provide the correct documents and failure to do so may result in being denied boarding for the flight. Regrettably, we are unable to refund unused flights, hotel, or features because of denied boarding situations.

**IMPORTANT NOTICE:** The Mark Travel Corporation, its employees, officer, directors and shareholders (collectively, ?Funjet Vacations?) does not own, control or operate any hotels or any air, land or water transportation vehicles or companies of any kind, including without limitation, airplanes, helicopters, boats, rental cars, ground transportation vehicles, transport companies, shuttle services, buses or local tour companies which may offer excursions or tours. Funjet Vacations occasionally enters into contracts with hotels and air, land, or water transportation companies, but all such entities are owned and operated by independent contractors.

*Funjet Vacations is not responsible for any negligent or willful act, omission, or failure to act on the part of any such entity or its employees, or of any other third party beyond its direct control. The Funjet Vacations name and logo may appear on posted or hand-held signs at your hotel, at the airport of your departure or destination, in vans, buses, coaches or elsewhere during your vacation. This use of the Funjet Vacations name and logo is solely intended to help you identify persons or entities who might provide services to you during your trip, but does not indicate, and should not be understood by you to indicate that Funjet Vacations owns, controls, or operates any entity displaying such a sign, or that Funjet Vacations employs or controls any person holding or displaying such a sign.*

   thank you for choosing      CST 2009218-20  UST A

Stetson Arriola
Master Travel Counselor
Vacations To Go (5 Years)
sarriola@vacationstogo.com
Hours: Mon-Fri: 7am-4pm (US Central Time)

US and Canada: 1-800-998-6925 ext. 8355
For toll-free numbers from other countries, click here.

How am I doing? Please contact my manager Darin Huskey at dhuskeytm@vacationstogo.com with any feedback.

Happy with my service? Please share my contact information with your family and friends.

**3/16/15 7:46 AM- Stetson Arriola**
Edoc sent to jsbater11@gmail.com,margarettorralva@email.grcc.edu @ 3/16/15 07:46:08

**3/29/15 3:48 PM- N/A**
Confirmation viewed. IP Address: 75.133.131.203

**4/1/15 1:46 PM- Stetson Arriola**
From: sarriola@vacationstogo.com
To: jsbater11@gmail.com
Subject: Vacations To Go Confirmation

Dear Ms. Desantis,

Thank you again for booking your trip with Vacations To Go. I hope you are excited about your upcoming stay at Beaches Ocho Rios - a Spa, Golf, & Waterpark Resort.

I have prepared a detailed confirmation for you. Please click the link below and review each section to ensure that all of the information is correct. If you find a discrepancy, please contact me right away.

Booking Confirmation

If the above link does not work, copy and paste the following URL into your browser address bar and press Enter or click the Go button:

https://secure.vacationstogo.com/vtg/confview.cfm?uid=92C0480D13724B3105E43B8E0A907008

As your travel counselor, I look forward to handling every detail of your reservation--before, during and after you travel. If you have any questions or concerns, please contact me directly. My office hours and contact information are listed below.

Sincerely,

Stetson Arriola
Master Travel Counselor
Vacations To Go (5 Years)
sarriola@vacationstogo.com
Hours: Mon-Fri: 7am-4pm (US Central Time)