# EXHIBIT 30

(Confidential - to be filed under seal)

{00682541.DOCX}