# EXHIBIT 31

{00682541.DOCX}

 thank you for choosing  CST 2009218-20 UST A

Stetson Arriola
Master Travel Counselor
Vacations To Go (5 Years)
sarriola@vacationstogo.com
Hours: Mon-Fri: 7am-4pm (US Central Time)

US and Canada: 1-800-998-6925 ext. 8355
For toll-free numbers from other countries, click here.

How am I doing? Please contact my manager Darin Huskey at dhuskeytm@vacationstogo.com with any feedback.

Happy with my service? Please share my contact information with your family and friends.

**4/6/15 7:09 AM- Stetson Arriola**
Edoc sent to jsbater11@gmail.com,margarettorralva@email.grcc.edu @ 4/6/15 07:09:01

**4/7/15 1:20 PM- Stetson Arriola**
From: sarriola@vacationstogo.com
To: margarettorralva@email.grcc.edu
Subject:Vacations To Go Confirmation

Dear Ms. Torralva,

Thank you again for booking your trip with Vacations To Go. I hope you are excited about your upcoming stay at Beaches Ocho Rios - a Spa, Golf, & Waterpark Resort.

***MINOR FLIGHT SCHEDULE CHANGE***

I have prepared a detailed confirmation for you. Please click the link below and review each section to ensure that all of the information is correct. If you find a discrepancy, please contact me right away.

Booking Confirmation

If the above link does not work, copy and paste the following URL into your browser address bar and press Enter or click the Go button:

https://secure.vacationstogo.com/vtg/confview.cfm?puid=92CD479B13724B31057BFFC423643C4F

As your travel counselor, I look forward to handling every detail of your reservation--before, during and after you travel. If you have any questions or concerns, please contact me directly. My office hours and contact information are listed below.

Sincerely,

Stetson Arriola
Master Travel Counselor
Vacations To Go (5 Years)
sarriola@vacationstogo.com
Hours: Mon-Fri: 7am-4pm (US Central Time)

US and Canada: 1-800-998-6925 ext. 8355
For toll-free numbers from other countries, click here.

How am I doing? Please contact my manager Darin Huskey at dhuskeytm@vacationstogo.com with any feedback.

Happy with my service? Please share my contact information with your family and friends.


EXHIBIT #8

http://psm.vacationstogo.com/sales/viewconf.cfm?sale=2755382&lookup=y

**VTGTX0000058** 8/14/2017

Vacations To Go Confirmation **REDACTED** Page 1 of 4

**ResortVacationsToGo.com Home Page**

Dear Ms. Desantis,

Please review each section of your confirmation below to ensure that all of the information shown is correct. If you find a discrepancy, please contact me at your earliest convenience.

I highly recommend that every eligible traveler in your party consider purchasing travel protection for your trip. An illness or accident can occur before or during any type of vacation. Such an event might cause you to delay, interrupt, or cancel your trip. As we discussed, travel suppliers impose penalties for canceling reservations, up to and including loss of the entire amount paid. If you'd like to learn more about how our travel insurance protects you from financial loss, call me at the number below or simply reply to this email and I'd be delighted to assist you.

Have a fantastic trip and thanks for booking with Vacations To Go!

Sincerely,
Stetson Arriola         Alan Fox
Travel Counselor        Chairman & CEO

## Confirmation

| | |
|---|---|
| Vacations To Go<br>5851 San Felipe Street, Suite 500<br>Houston, TX 77057<br>www.ResortVacationsToGo.com | Agent: Stetson Arriola<br>Phone: 800-998-6925 ext. 8355<br>International: +1-832-252-2400 ext. 8355<br>Email: sarriola@vacationstogo.com<br>Hours: Mon-Fri: 7am-4pm (CST) |

### Customer

Ms. Janet Sue Desantis

Cell: [redacted]
Email: jsbater11@gmail.com

### Travel Details

Operator: Funjet
Property: Beaches Ocho Rios - a Spa, Golf, & Waterpark Resort
Plan: All-Inclusive, includes meals and beverages
Destination: Jamaica/Ocho Rios
Check in: May 5, 2015
Check out: May 9, 2015

### Rooms and Passengers

| Reservation # | Room | Names | DOB | Citizenship | Flights |
|---|---|---|---|---|---|
| A18AE0E3 | 1 | Miss Amber Rachelle Torralva | Nov/20/1997 | United States | Yes |
| A18AE0E3 | 1 | Ms. Janet Sue Desantis | May/11/1969 | United States | Yes |
| A18AE0E3 | 1 | Ms. Paiton Elisibeth Bater | Mar/23/1994 | United States | Yes |
| A18AE0E3 | 1 | Ms. Margaret Anne Torralva | Apr/18/1967 | United States | Yes |

Description of assigned room(s):
Room 1 - Caribbean Luxury Family Sized Suite

### Charges

| | |
|---|---|
| Package | 4,897.95 |
| Insurance | 76.00 |
| Total Sale (US$) | $ 4,973.95 |

### Payments

| Paid To | Type | Amount |
|---|---|---|
| Funjet | MC (...8351) | 400.00 |
| Funjet | Visa (...9676) | 400.00 |
| CSA Insurance | Visa (...9676) | 76.00 |
| Funjet | Visa (...9676) | 2,048.97 |
| Funjet | MC (...8351) | 2,048.98 |
| | Total Payments | $ 4,973.95 |
| | Balance Due | $ 0.00 |

### Air Schedules

Air Schedules: Miss Amber Rachelle Torralva, Ms. Janet Sue Desantis, Ms. Paiton Elisibeth Bater, Ms. Margaret Anne Torralva

Vacations To Go Confirmation                                                                                           Page 2 of 4

Airline Confirmation Number: HQ7I82

| Date   | Carrier | Flt # | Departure Airport        | Departs | Arrives  | Arrival Airport          |
|--------|---------|-------|--------------------------|---------|----------|--------------------------|
| 5/5/15 | Delta   | 2283  | Detroit, MI (DTW)        | 6:05 AM | 8:02 AM  | Atlanta, GA (ATL)        |
| 5/5/15 | Delta   | 317   | Atlanta, GA (ATL)        | 9:10 AM | 10:55 AM | Montego Bay, Jamaica (MBJ) |
| 5/9/15 | Delta   | 943   | Montego Bay, Jamaica (MBJ) | 5:35 PM | 10:42 PM | Detroit, MI (DTW)        |

**Airline Information**
In general, airlines recommend that you arrive at the airport at least two hours prior to your departure for domestic flights and at least three hours prior to your departure for international flights. When traveling during holidays or other peak travel periods, additional time may be needed. Many airlines offer online check-in via their website, starting 24 hours before your scheduled departure.

Baggage and seat assignment policies vary by airline. To view baggage fees, click here. Our suppliers and the airlines attempt to seat all travelers in the same party together, but airlines do not guarantee that travelers will be seated together or that seating requests made prior to check-in will be honored.

If you have questions about an airline◆s policies, please contact your Vacations To Go travel counselor.

If the airline notifies us of a schedule change, we will update the air schedule on your Vacations To Go confirmation and email you a revised copy.

It is recommended that you reconfirm your departure time and any seating requests by visiting the airline◆s website within 24 hours of departure.

### Transfers

Your travel documents, which you will receive via email or mail, will include information about the company providing transportation between the airport and your hotel. If you have any questions about your transfers, please call me at 800-998-6925, ext. 8355.

**Miss Amber Rachelle Torralva, Ms. Janet Sue Desantis, Ms. Margaret Anne Torralva, Ms. Paiton Elisibeth Bater:**
  Shared transfer from airport to hotel included
  Shared transfer from hotel to airport included

### Travel Documentation Requirements

Names on the reservation must appear exactly as they do on passenger identification (passports, etc.).

**Documentation Requirements for U.S. and Canadian Citizens:**
Miss Amber Rachelle Torralva, Ms. Janet Sue Desantis, Ms. Paiton Elisibeth Bater, Ms. Margaret Anne Torralva

For travel to Australia, Belarus, Bhutan, Bolivia, Brazil, Cambodia, China, Cuba, Egypt, Ethiopia, India, Indonesia, Jordan, Kenya, Laos, Libya, Madagascar, Myanmar, Nepal, Paraguay, Russia, Tanzania, Turkey, Uganda, Vietnam, Zambia or Zimbabwe
Passengers must bring a Passport that remains valid a minimum of 6 months after travel ends. A Visa is required for travel to these destinations. Passengers are responsible for verifying visa requirements with consulates of every country visited, including countries visited via connecting flights.

For international travel to Bahamas, Bermuda, Canada, Caribbean, Europe, Great Britain, Mexico, United States and all other destinations
Passengers must bring a Passport that remains valid a minimum of 6 months after travel ends. **Minors Traveling**
Minors traveling to any foreign country must be accompanied by their parent(s) or guardian(s) or have a notarized permission letter signed by each parent/guardian not accompanying them. Click here for a parental consent form. If the child has only one legal parent/guardian, a notarized statement must be obtained as proof. For destinations where a passport is not required, U.S. or Canadian citizens age 15 and under are not required to bring a picture ID to accompany their birth certificate. However, a picture ID is recommended. Guests age 16 and older must have proof of citizenship and a picture ID. Minors of all other citizenships must have a passport for all itineraries, and a visa may be required for travel to certain destinations.

http://psm.vacationstogo.com/archive/viewconf.cfm?s=2755382&id=9124679          **VTGTX0000032**   8/15/2017

### Additional Travel Details

**Insurance**
Miss Amber Rachelle Torralva: CSA Insurance, confirmation number: 15047W1335 (CFAR plan)
Ms. Janet Sue Desantis: Insurance Declined.
Ms. Paiton Elisibeth Bater: Insurance Declined.
Ms. Margaret Anne Torralva: Insurance Declined.

Travel insurance is highly recommended to protect against covered unexpected events.

**Reservation Notes** - All requests are subject to availability at the hotel.
Miss Amber Rachelle Torralva: Request two beds
Ms. Janet Sue Desantis: Request two beds
Ms. Paiton Elisibeth Bater: Request two beds
Ms. Margaret Anne Torralva: Request two beds

**Documents/Tickets**
Funjet will email your documents/tickets approximately one week after your booking is paid in full. If you have not received your documents two weeks after your booking is paid in full, please call me at the number at the top of this page.

**Cancellation and Change Penalties**
Penalties will apply to any cancellation or change that affects your reservation. Penalties can amount to 100% of total payments. We recommend purchasing insurance to protect against covered unexpected events.

### Notes from your Agent

Thank you for booking with me. Have a wonderful trip.

### Vacations To Go Terms and Conditions

Vacations To Go is a bonded, fully accredited travel agency in operation since 1984. We are one of the largest retail travel companies in the United States and enjoy a stellar reputation within the industry and among our hundreds of thousands of satisfied customers.

This confirmation constitutes your acknowledgement that you have read, and agree to, the terms and conditions of use presented herein. This confirmation contains the entire agreement between the parties and supercedes any and all prior confirmations or understandings between the parties on all subjects in any way related to the transaction or occurrence described in this confirmation.

No oral understandings, statements, promises or inducements contrary to or inconsistent with the terms of this confirmation exist. This confirmation is not subject to any modification, waiver, or addition that is made orally. This confirmation is subject to modification, waiver or addition only by means of a new confirmation that will be emailed to the passenger of record within 72 hours of any agreed upon change.

Please click here to view the provider's terms and conditions.

We adhere to the highest standards of customer service and make every effort to represent only the finest and most dependable travel companies worldwide. However, Vacations To Go (VTG) acts only as agent for cruise lines, airlines, tour operators, rental car companies, hotels, motels, resorts, charter airlines, railroad companies, ground transportation companies, and other travel-related companies, and is not responsible for acts or omissions of these third party providers. VTG is not responsible for third party failure to perform, breach of contract, or any action or inaction, intentional or negligent, which results in any loss, injury, delay or damage to you or your property or to anyone traveling with you, or to the property of that party. VTG cannot and does not guarantee third party provider reservations, timeliness, employee conduct, or the performance of scheduled flights, cruises or tours, or the availability of airline seats, hotel rooms or rental cars. Most third party providers reserve the right to alter their terms and conditions at any time, and VTG has no control whatsoever over such alterations. Airlines may add a fuel surcharge or other fee after an air ticket has been booked but prior to final payment. Once final payment for an air ticket has been made, only government-imposed taxes or fees may be added. Guests acknowledge that upon receipt of fare by third party provider, provider accepts the passenger subject to the terms of the provider contract.

You acknowledge and agree that VTG's liability to you for damages incurred by you or anyone else from loss or damage to property or from bodily injury or death or otherwise is limited to the gross amount paid by you to VTG, and that VTG shall not be liable to you for any special, consequential and/or punitive damages

resulting from either VTG'S or a third-party's negligence, gross negligence, breach of contract, fraud, or any other cause whatsoever. You also agree to waive any claims for damages which you otherwise might be entitled to assert against VTG for damage to or loss of property or for death or bodily injury when the damages are covered by insurance, and further agree that no insurance company or any other third party shall ever become entitled to assert any claim you have against VTG, by subrogation, assignment, or otherwise.

This agreement shall be governed by the laws of the state of Texas, and you agree to submit to the exclusive jurisdiction of the state and federal courts in Harris County, Texas, in all contingencies and disputes.

All customers are advised to pay by credit card, strictly for their own protection, in the event of default of third party providers. Customers paying by check, cash or money order are hereby advised that VTG accepts no financial responsibility in the event of the default of third party providers.

To ensure the quality of the service we provide, all calls to and from Vacations To Go may be monitored and will be recorded.

Thank you! We sincerely appreciate your business, and hope to be of service for many years to come!

Printed: May 4, 2015 at 3:14 PM (CST)