# EXHIBIT 32

{00682541.DOCX}

**4/2/15 11:17 AM- N/A**
Confirmation viewed. IP Address: 162.17.157.81

**4/5/15 8:50 AM- N/A**
Edoc assigned to agent @ 4/5/15 08:50:31

**4/6/15 7:09 AM- Stetson Arriola**
From: sarriola@vacationstogo.com
To: jsbater11@gmail.com, margarettorralva@email.grcc.edu
Subject: Your Electronic Documents

Dear Ms. Desantis,

Your travel document is here! It has been prepared as an electronic document (eDoc) and is included below this message.

Please review your document for accuracy and contact me immediately at the number below if you find an error. After reviewing your document, print it and take it with you to facilitate your check-in.

It's been a pleasure assisting you with such an exciting trip.

Enjoy!

---

Please note there has been a change from the original flight times for this trip. Updated flight times are shown in the flight information section of this e-travel document.

**Thank you for choosing Funjet Vacations**
**VACATIONS TO GO**
SUITE 500
5851 SAN FELIPE STREET
HOUSTON, TX 77057-2484
(832)252-2265

**Funjet Vacations** — Travel Itinerary

Need Help? Call your travel agent or Funjet Vacations at 800-558-3060.

**Reservation Number A18AE0E3**

**Travelers**

| Janet Sue Desantis | Paiton Elisibeth Bater |
| Margaret Anne Torralva | Amber Rachelle Torralva (Age: 17) |

Before you go, make sure the spelling of the travelers' first and last names are identical to the ones on your government issued ID.

Thank you for choosing us to fulfill your vacation dream and we look forward to creating a truly memorable vacation experience. We are committed to creating vacations that far exceed the expectations of every customer and providing the best end-to-end service every step of the way. We look forward to assisting you with any future travel plans and hope you have a wonderful vacation!

This is the complete itinerary for your upcoming trip and contains information that you'll need when traveling. Please review this document carefully. Print and carry a copy with you for the duration of your vacation.

When you booked, you acknowledged and agreed to our Terms and Conditions. Bill of Rights.

**EXHIBIT #9**

**Flight Details**

**Travelers**

| Janet Sue Desantis | Paiton Elisibeth Bater |
| Margaret Anne Torralva | Amber Rachelle Torralva (Age: 17) |

A flight schedule change has occurred for this trip. Please note the current flight times listed for your travel plans

### Depart: Tuesday, May 5, 2015

**Delta Air Lines**

Flight#: 2283; Class: V
Airline Confirmation: HQ7I82
Seats: 32D, 32E, 32F, 32C - Seats Confirmed

Bag Fees & Policy Information | Check-in
Departing: Detroit-Metro-Wayne Co (DTW) 6:05 AM
Arriving: Atlanta (ATL) 8:03 AM
Number of Stops: 0

- Connecting To -

**Delta Air Lines**

Flight#: 317; Class: V
Airline Confirmation: HQ7I82
Seats: 42C, 42B, 42A, 42D - Seats Confirmed

Bag Fees & Policy Information | Check-in
Departing: Atlanta (ATL) 9:10 AM
Arriving: Jamaica, Montego Bay (MBJ) 10:55 AM
Number of Stops: 0

### Return: Saturday, May 9, 2015

**Delta Air Lines**

Flight#: 943; Class: X
Airline Confirmation: HQ7I82

Bag Fees & Policy Information | Check-in
Departing: Jamaica, Montego Bay (MBJ) 5:35 PM
Arriving: Detroit-Metro-Wayne Co (DTW) 10:42 PM
Number of Stops: 0

Watch your e-mails for any flight time changes that may occur prior to your trip. Notification of airline schedule changes will be sent via email to the address given, up until the day of your departure. On the day you're traveling, you can reconfirm your flight times by visiting the airline's website or by calling them directly.

It is recommended that you arrive at the airport a minimum of 2 hours prior to your departure. Many airlines offer online check-in via their website.

### Hotel Details

**Check-in: Tuesday, May 5, 2015 - Check-out: Saturday, May 9, 2015**
**Beaches Ocho Rios - A Spa, Golf & Waterpark Resort - All Inclusive**
Reserved For: Janet Sue Desantis - 3 Adults, 1 Child

Room Type: Caribbean Luxury Family Sized Suite Double

P.O. Box 63
Ocho Rios,
876-975-7777

Included Promotions:

1) Kids Camp

For Toddlers and Kids:
Kids Camp with certified nannies, Sesame Street® activities, Bubblemaker and Seal Team scuba programs, and Beach Science activities.

For Teens:
Club Liquid, DJ Scratch Academy, and Trench Town.

For children of all ages:
XBOX 360® Game Garage arcades. Pirates Island Waterpark, XBOX 360® Game Garage for kids and teens.

Trench Town Teen Centre - offers a jazzy mix of graffiti depicting the zinc fencing and corner spaces of Trench Town, a very hip teen hangout spot complete with foosball and basketball machines.

2) Free Roundtrip Airport Transfers

Your complimentary transfer to and from the resort will be arranged by Sandals. Upon arrival, guests are to proceed to the Sandals desk or lounge, conveniently located at Sangster International Airport in Montego Bay.

3) Luxury Included® Amenities

The Luxury Included® program includes the following amenities:

- ? All meals at gourmet specialty restaurants
- ? Anytime snacks
- ? Unlimited premium brand alcoholic and non-alcoholic beverages
- ? Non-motorized water sports
- ? Land sports
- ? Round-trip airport transfers
- ? Free Wi-Fi throughout the property
- ? All government and hotel taxes, tips, and service charges

4) Beaches "You Pick It" Sale with Up to $160 Spa or Tour Credit!

Guest will receive a $160 Spa Credit or Tour Credit in any room category!

Valid when guests arrive on property, they can proceed to either the Spa or Tour Desk to redeem their credit. Guests may split the value of the credit between the Spa and Tour Desk.

Important information: *The Spa or Tour Credit is not redeemable for cash towards the balance of any bookings, cannot be used for any applicable tax, service charge, or gratuity and has no cash value, cannot be sold or exchanged, and is not redeemable for cash. Offer can be revised or terminated at any time.*

Hotel Sales Advisories:

1) JAMAICA'S TOBACCO CONTROL REGULATIONS SMOKING PROHIBITED IN THE FOLLOWING PLACES:?All enclosed places (Restaurants, bars, lobby areas and rooms) ?Public transportation ?Work places ? Government owned and occupied buildings ?Health facilities including pharmacies ?Sports, athletics and recreational facilities for use by the public ?Educational institutions ?Areas specifically for use by children ? And places of collective use such as bus stops.Persons may be fined or imprisoned.

Hotel Cancel Policy:The following cancellation penalty currently applies:

2) Cancellation inside of 15-30 days incur a $200 per person cancellation penalty.

Late Cancellation Penalty: $200.00
Hotel Cancel Policy:

3) Cancellation inside of 15-30 days incur a $200 per person cancellation penalty.

Cancellation Deadline: 0-14 Days prior to arrival. Late Cancellation Penalty: 100% of balance due.

Please take note: Resort fees; parking fees; crib and rollaway fees and any other charges of a personal nature are NOT included in the package price and are payable directly to the hotel. A credit card or cash deposit may be required at time of check-in for incidental charges. Minimum check-in age is enforced.

## Ground Transportation

### Sandals and Beaches Included Transfers

Round trip transfers are provided directly by the property. After claiming luggage and clearing customs, please check in at the Sandals Hospitality desk for your transportation to the property. You must arrange your return transportation directly with the property upon hotel check-in. For assistance please call Jamaica Tours Limited (JTL). In Negril call 957-9213. In Ocho Rios/Runaway Bay call 974-6447. In Montego Bay call 953-3700 or 953-2825.


## Travel Value

Save time and money with our discounted airport parking, some airport hotels offer free parking if you stay one night before or after your trip.

Parking and Airport Hotel Discounts

Additional Travel Information

## FAA Hazardous Materials Policy

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Examples: Paints, lighter fluid, fireworks, tear gases, oxygen bottles, and radio-pharmaceuticals. There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage and certain smoking materials carried on your person. For further information contact your airline representative.

Please refer to the full list of TSA prohibited items at http://www.tsa.gov/traveler-information/prohibited-items.

### Dream Vacation Care:

Our Dream Vacation Care provides you with customer support 24 hours a day. If for any reason you need assistance, we are happy to help. Please contact us at 800-558-3060 or at WeCare@Funjet.com. In destination customer service is provided Jamaica Tours Limited (JTL), available by calling 876-953-3700 if calling in the Montego Bay area, 876-974-6447 in the Ocho Rios area and 876-957-9213 in Negril. Jamaica Tours Limited (JTL) also has regularly scheduled desk hours at most hotels. We encourage you to meet with them in person for assistance or to learn about exciting excursions available. We also have a 24-Hour Traveler Assistance Center in the US that is accessible by calling 001-414-934-1535.

### Identification Required For International Travel:

All international passengers regardless of age must present a government issued, non-expired, US passport upon flight check-in and for US customs re-entry.

For more information regarding proper identification requirements, please consult your travel agent or visit the State Department's consular website at www.travel.state.gov or the US Department of Homeland Security website at www.dhs.gov. Children under the age of 18 traveling with only one parent or someone who is not a parent or legal guardian should travel with a notarized letter of consent ? click for more details - Children traveling w/out both parents.

It is the traveler's responsibility to provide the correct documents and failure to do so may result in being denied boarding for the flight. Regrettably, we are unable to refund unused flights, hotel, or features because of denied boarding situations.

**IMPORTANT NOTICE:** The Mark Travel Corporation, its employees, officer, directors and shareholders (collectively, ?Funjet Vacations?) does not own, control or operate any hotels or any air, land or water transportation vehicles or companies of any kind, including without limitation, airplanes, helicopters, boats, rental cars, ground transportation vehicles, transport companies, shuttle services, buses or local tour companies which may offer excursions or tours. Funjet Vacations occasionally enters into contracts with hotels and air, land, or water transportation companies, but all such entities are owned and operated by independent contractors.

Funjet Vacations is not responsible for any negligent or willful act, omission, or failure to act on the part of any such entity or its employees, or of any other third party beyond its direct control. The Funjet Vacations name and logo may appear on posted or hand-held signs at your hotel, at the airport of your departure or destination, in vans, buses, coaches or elsewhere during your vacation. This use of the Funjet Vacations name and logo is solely intended to help you identify persons or entities who might provide services to you during your trip, but does not indicate, and should not be understood by you to indicate that Funjet Vacations owns, controls, or operates any entity displaying such a sign, or that Funjet Vacations employs or controls any person holding or displaying such a sign.