# EXHIBIT 35

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:17-cv-21703-COOKE/GOODMAN

PAITON E. BATER, AMBER R. TORRALVA, JANET
DESANTIS, and MARGARET A. TORRALVA,

      Plaintiffs,

v.

UNIQUE VACATIONS, INC., a Delaware corporation,
UNIQUE VACATIONS, LTS, a foreign corporation,
SANDALS RESORTS INTERNATIONAL, LTD., a
Foreign corporation d/b/a Beaches Resorts, BEACHES
RESORTS d/b/a Beaches Boscobel and Beaches Ocho
Rios Resort & Golf Club, VACATIONS TO GO, a
Delaware Corporation, THE MARK TRAVEL
CORPORATION, a Nevada Corporation d/b/a Fun Jet
Facations, DWIGHT DAVIS, JERMAINE DYER, and
WILLIAM TAPPER, Jointly and Severally,

      Defendants.

_____/

### DEFENDANT BEACHES RESORTS' ANSWERS
### TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

    Defendant, Beaches Resorts ("Beaches")[1], by and through undersigned counsel, hereby

serves its Answers to Plaintiffs' First Set of Interrogatories dated March 9, 2018.

---

[1] Plaintiffs have incorrectly named Defendant Beaches.

**COLE, SCOTT & KISSANE, P.A.**
COLE, SCOTT & KISSANE BUILDING - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served this 30th

day of July, 2018, by electronic transmission to all counsel on the attached Service List.

> COLE, SCOTT & KISSANE, P.A.
> Attorneys for Defendant, UVL
> 9150 South Dadeland Blvd., Suite 1400
> Miami, Florida  33256
> Telephone:  (305) 350-5381
> Facsimile:  (305) 373-2294
> thomas.scott@csklegal.com
> steven.safra@csklegal.com

> BY:    *s/Thomas Scott*
> Thomas E. Scott, Esq.
> FBN: 149100
> Steven R. Safra, Esq.
> FBN: 057028

## SERVICE LIST

| *Counsel for Plaintiff* | *Counsel for Vacations to Go* |
|---|---|
| Daniel G. Williams, Esquire<br>Jennifer Lipinski, Esquire<br>Gordon & Doner, PA<br>10650 Florida 84 # 210<br>Davie, FL 33324<br>(561) 333-3333<br>Dwilliams@fortheinjured.com<br>jlipinski@fortheinjured.com<br><br>and<br><br>Todd J. Weglarz, Esquire<br>Geoffrey N. Fieger, Esquire<br>Fieger, Fieger, Kenney & Harrington<br>19390 W. 10 Mile Road<br>Southfield, MI 48075<br>t.weglarz@fiegerlaw.com<br>gfieger@fiegerlaw.com | Darren W. Friedman, Esquire<br>Rachel M. Fagenson, Esquire<br>Foreman Friedman, PA<br>One Biscayne Tower, Suite 2300<br>2 South Biscayne Blvd<br>Miami, FL 33131<br>dfriedman@fflegal.com<br>rmitchell@fflegal.com |

**COLE, SCOTT & KISSANE, P.A.**
COLE, SCOTT & KISSANE BUILDING - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

<u>**BEACHES' ANSWERS TO**</u>
<u>**PLAINTIFF'S FIRST SET OF INTERROGATORIES**</u>

      1.    Please identify the name, address, and telephone number of the employer for each individual Defendant on the date of Plaintiffs' assault / reported assault incident.

**ANSWER: Defendant, Beaches, states that the resort employed Mr. Dwight Davis, Mr. Jermaine Dyer, and Mr. William Tapper on the date of the subject incident, as Plaintiffs allege in the operative Complaint. The subject Beaches resort is located at Boscobel, Saint Mary, Jamaica, and its telephone number is (876) 975-7777.**

**COLE, SCOTT & KISSANE, P.A.**
COLE, SCOTT & KISSANE BUILDING - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

## JURAT SHEET

I have read the foregoing Beaches' Answers and Objections to Plaintiffs' Interrogatories and they are true and correct to the best of my knowledge and belief.

*SHAWN DACOSTA*

*Chief Operating Officer.*
[PRINT NAME & TITLE/POSITION]

STATE OF KINGSTON )
    JAMAICA          ) SS:
COUNTY OF          )

The foregoing instrument was acknowledged before me by _____ SHAWN DACOSTA _____,
who is personally known to me or who has produced _____ as
identification and did/did not take an oath.

IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this 30ᵗʰ day of
JULY , 2018.

Notary Public: _____

ARTHUR HAMILTON
Attorney-at-Law No. 2347
NOTARY PUBLIC
JAMAICA WEST INDIES

My Commission Expires: FOR LIFE

Commission Number: N/A

**COLE, SCOTT & KISSANE, P.A.**
COLE, SCOTT & KISSANE BUILDING - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX