UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-21703-CIV-COOKE/GOODMAN

PAITON E. BATER, AMBER TORRALVA,
JANET DESANTIS, and MARGARET
TORRALVA,

    Plaintiffs,

vs.

UNIQUE VACATIONS, INC. a Delaware
Corporation, *et al.*,

    Defendants.
_____/

## ORDER DENYING DEFENDANT THE MARK TRAVEL CORPORATION'S MOTION FOR LEAVE TO AMEND ANSWER AND AFFIRMATIVE DEFENSES FOR LIMITED PURPOSE OF NAMING *FABRE* DEFENDANTS

**THIS MATTER** is before the Court upon Defendant The Mark Travel Corporation's Motion for Leave to Amend Answer and Affirmative Defenses for Limited Purpose of Naming *Fabre* Defendants (the "Motion" or "Defendant's Motion"), filed January 16, 2021. ECF No. 219. Plaintiffs filed their opposition to the Motion on February 1, 2021. ECF No. 220. And Defendant filed its reply in support of the Motion on February 8, 2021. ECF No. 221.

On March 16, 2021, the Court set this matter for a status conference in an effort to keep this case on track for trial. In an attempt to streamline this matter, on June 24, 2021, the Court advised counsel to be prepared to argue the merits of Defendant's Motion as part of the June 30, 2021 Status Conference. For the reasons announced during the June 30, 2021 Status Conference, it is **ORDERED and ADJUDGED** that Defendant The Mark Travel Corporation's Motion for Leave to Amend Answer and Affirmative Defenses for Limited Purpose of Naming *Fabre* Defendants (ECF No. 219) is **DENIED**.

**DONE and ORDERED** in Chambers at Miami, Florida this 30th day of June 2021.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:

*All Counsel of record*